AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court

## DISTRICT OF _____
## MASSACHUSETTS

UNITED STATES OF AMERICA

### V.

JULIO CARRION SANTIAGO, PEDRO ALBERTO
MIRANDA, REYNALDO RIVERA, JOSE RODRIGUEZ,
ENRIQUE AGOSTO, JOSE TORRADO, CARLOS SANCHEZ,
LUIS R. SANCHEZ, EDWIN TORRES, ZULEIMA REYES and
SANTIAGO ARROYO

## CRIMINAL COMPLAINT

CASE NUMBER: 2004 M 0500 RBC

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my
knowledge and belief. In or about December 2003 and continuing _____ in  MIDDLESEX AND WORCESTER  county, in the
to in or about October 2004

_____ District of     MASSACHUSETTS _____ defendant(s) did, (Track Statutory Language of Offense)
CONSPIRE TO POSSESS WITH INTENT TO DISTRIBUTE AND DISTRIBUTE A MIXTURE OR SUBSTANCE CONTAINING
A DETECTABLE AMOUNT OF HEROIN, A SCHEDULE 1 CONTROLLED SUBSTANCE

in violation of Title _____ 21 _____ United States Code, Section(s) _____ 846, 841(a)(1) _____ .

I further state that I am a(n) _____ SPECIAL AGENT, DEA _____ and that this complaint is based on the following
Official Title

facts:
  SEE ATTACHED AFFIDAVIT OF SPECIAL AGENT CALICE COUCHMAN

Continued on the attached sheet and made a part hereof:    ☒ Yes    ☐ No

_____
Signature of Complainant

**Special Agent Calice Couchman**

Sworn to before me and subscribed in my presence,

10-14-2004  at 6.55 pm _____    at    BOSTON, MASSACHUSETTS
Date                                                    City and State

_____
ROBERT B. COLLINGS
UNITED STATES MAGISTRATE JUDGE            _____
Name & Title of Judicial Officer                        Signature of Judicial Officer

This form was electronically produced by Elite Federal Forms, Inc.

🖎JS 45 (5/97) - (Revised USAO MA 1/15/04)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

Place of Offense: _____    Category No. __I_____    Investigating Agency __DEA_____

City _____    **Related Case Information:**

County __MIDDLESEX/WORCESTER__    Superseding Ind./ Inf. _____    Case No. _04mj5??_
                                  Same Defendant _____    New Defendant _____
                                  Magistrate Judge Case Number _____    (01)
                                  Search Warrant Case Number _____
                                  R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name __JULIO CARRION SANTIAGO_____    Juvenile  ☐ Yes  ☒ No

Alias Name __MACHO_____

Address __264 MECHANIC ST., 2ND FL., LEOMINISTER, MA_____

Birth date (Year only): __1959__ SSN (last 4 #): _____ Sex ___ Race: _____ Nationality: _____

Defense Counsel if known: _____    Address: _____
                                                        _____

Bar Number: _____

**U.S. Attorney Information:**

AUSA __DENISE JEFFERSON CASPER_____    Bar Number if applicable _____

Interpreter:    ☒ Yes  ☐ No        List language and/or dialect: __SPANISH_____

Matter to be SEALED:    ☒ Yes  ☐ No

        ☒ Warrant Requested        ☐ Regular Process        ☐ In Custody

**Location Status:**

**Arrest Date:** _____

☐ Already in Federal Custody as _____ in _____ .
☐ Already in State Custody _____  ☐ Serving Sentence  ☐ Awaiting Trial
☐ On Pretrial Release:    Ordered by _____ on _____

**Charging Document:**    ☐ Complaint        ☐ Information        ☐ Indictment

**Total # of Counts:**    ☐ Petty _____    ☐ Misdemeanor _____    ☐ Felony _____

**Continue on Page 2 for Entry of U.S.C. Citations**

☐    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date:  **OCTOBER 14, 2004**        Signature of AUSA: _Denise Jefferson Casper_

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number  (To be filled in by deputy clerk):** _____

**Name of Defendant**    JULIO CARRION SANTIAGO _____

**U.S.C. Citations**

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 21 USC § 846 | Conspiracy to distribute heroin | |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised USAO MA 1/15/04)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

**Place of Offense:** _____    Category No. _I_____    Investigating Agency _DEA_____

**City** _____    **Related Case Information:**

**County** _MIDDLESEX/WORCESTER_    Superseding Ind./ Inf. _____    Case No. _04mj500_

Same Defendant _____    New Defendant _____ _(wz)_

Magistrate Judge Case Number _____

Search Warrant Case Number _____

R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name _PEDRO ALBERTO MIRANDA_____    Juvenile  ☐ Yes  ☒ No

Alias Name _TAVO_____

Address _212 WILDER ST., LOWELL, MA_____

Birth date (Year only): _1969_  SSN (last 4 #): ____  Sex ___  Race: _____  Nationality: _____

Defense Counsel if known: _____    Address: _____

**Bar Number:** _____

**U.S. Attorney Information:**

AUSA _DENISE CASPER_____    Bar Number if applicable _____

**Interpreter:**  ☒ Yes  ☐ No    **List language and/or dialect:**  _SPANISH_____

**Matter to be SEALED:**  ☒ Yes  ☐ No

☒ Warrant Requested    ☐ Regular Process    ☐ In Custody

**Location Status:**

**Arrest Date:** _____

☐ Already in Federal Custody as _____ in _____ .

☐ Already in State Custody _____  ☐ Serving Sentence  ☐ Awaiting Trial

☐ On Pretrial Release:  Ordered by _____ on _____

**Charging Document:**  ☒ Complaint    ☐ Information    ☐ Indictment

**Total # of Counts:**  ☐ Petty _____  ☐ Misdemeanor _____  ☒ Felony _1_

Continue on Page 2 for Entry of U.S.C. Citations

☐    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:**  OCTOBER 14, 2004    Signature of AUSA: _Denise C. J. Casper_____

**JS 45  (5/97) - (Revised USAO MA 3/25/02)  Page 2 of 2 or Reverse**

**District Court Case Number  (To be filled in by deputy clerk):** _____

**Name of Defendant**   PEDRO ALBERTO MIRANDA _____

**U.S.C. Citations**

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 21 USC § 846 | Conspiracy to distribute heroin | |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised USAO MA 1/15/04)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

**Place of Offense:** _____    **Category No.** _I_____    **Investigating Agency** _DEA_____

**City** _____    **Related Case Information:**

**County** _MIDDLESEX/WORCESTER_    Superseding Ind./ Inf. _____    Case No. _04 mj 500_
Same Defendant _____    New Defendant _____ _(03)_
Magistrate Judge Case Number _____
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name  _REYNALDO RIVERA_____    Juvenile  ☐ Yes  ☒ No

Alias Name  _REY_____

Address  _235 18TH ST., APT 204 DRACUT, MA_____

Birth date (Year only): _1978_ SSN (last 4 #): _____ Sex __ Race: _____ Nationality: _____

**Defense Counsel if known:** _____    **Address:** _____
_____

**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA** _DENISE CASPER_____    **Bar Number if applicable** _____

**Interpreter:**    ☒ Yes ☐ No    **List language and/or dialect:**    _SPANISH_____

**Matter to be SEALED:**    ☒ Yes    ☐ No

☒ Warrant Requested    ☐ Regular Process    ☐ In Custody

**Location Status:**

**Arrest Date:** _____

☐ **Already in Federal Custody as** _____ in _____ .
☐ **Already in State Custody** _____ ☐ **Serving Sentence** ☐ **Awaiting Trial**
☐ **On Pretrial Release:** Ordered by _____ on _____

**Charging Document:**    ☒ Complaint    ☐ Information    ☐ Indictment

**Total # of Counts:**    ☐ Petty _____    ☐ Misdemeanor _____    ☒ Felony _1_

**Continue on Page 2 for Entry of U.S.C. Citations**

☐    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** OCTOBER 14, 2004    **Signature of AUSA:** _Denise J. Casper_

✎JS 45  (5/97) - (Revised USAO MA 3/25/02)  Page 2 of 2 or Reverse

**District Court Case Number  (To be filled in by deputy clerk):** _____

**Name of Defendant**    REYNALDO RIVERA _____

U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1   21 USC 846 | Conspiracy to distribute heroin | |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised USAO MA 1/15/04)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

**Place of Offense:** _____   **Category No.** I _____   **Investigating Agency** DEA _____

**City** _____   **Related Case Information:**

**County** MIDDLESEX/WORCESTER   Superseding Ind./ Inf. _____   Case No. 04-MJ-500
                                 Same Defendant _____   New Defendant _____  (04)
                                 Magistrate Judge Case Number _____
                                 Search Warrant Case Number _____
                                 R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name  JOSE RODRIGUEZ _____   Juvenile  ☐ Yes  ☒ No

Alias Name _____

Address  261 AILEEN ST 2ND FL. LOWELL, MA _____

Birth date (Year only): 1962  SSN (last 4 #): _____ Sex ___ Race: _____ Nationality: _____

Defense Counsel if known: _____   Address: _____
                                                      _____

**Bar Number:** _____

**U.S. Attorney Information:**

AUSA  DENISE JEFFERSON CASPER _____   **Bar Number if applicable** _____

**Interpreter:**  ☒ Yes  ☐ No       **List language and/or dialect:**  SPANISH _____

**Matter to be SEALED:**  ☒ Yes  ☐ No

        ☒ Warrant Requested       ☐ Regular Process       ☐ In Custody

**Location Status:**

**Arrest Date:** _____

☐ Already in Federal Custody as _____ in _____ .
☐ Already in State Custody _____  ☐ Serving Sentence  ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by _____ on _____

**Charging Document:**  ☒ Complaint  ☐ Information  ☐ Indictment

**Total # of Counts:**  ☐ Petty _____  ☐ Misdemeanor _____  ☒ Felony  1

**Continue on Page 2 for Entry of U.S.C. Citations**

☐    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
     accurately set forth above.

Date:  OCTOBER 14, 2004      Signature of AUSA:  _Denise Casper_

JS 45 (5/97) - (Revised USAO MA 3/25/02)  Page 2 of 2 or Reverse

**District Court Case Number  (To be filled in by deputy clerk):** _____

**Name of Defendant     JOSE RODRIGUEZ** _____

**U.S.C. Citations**

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 21 USC § 846 | Conspiracy to distribute heroin | |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised USAO MA 1/15/04)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

**Place of Offense:** _____    **Category No.** _I_____    **Investigating Agency** _DEA_____

**City** _____             **Related Case Information:**

**County** _MIDDLESEX/WORCESTER_     Superseding Ind./ Inf. _____   Case No. _04MJ 500_
                                     Same Defendant _____   New Defendant _____ _(05)_
                                     Magistrate Judge Case Number _____
                                     Search Warrant Case Number _____
                                     R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name  _ENRIQUE AGOSTO_____    Juvenile  ☐ Yes  ☒ No

Alias Name  _____

Address  _1 SHATTUCK ST APT 303, LOWELL, MA_____

Birth date (Year only): _1964_  SSN (last 4 #): _____ Sex ___ Race: _____ Nationality: _____

**Defense Counsel if known:** _____   **Address:** _____

**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA** _DENISE CASPER_____    **Bar Number if applicable** _____

**Interpreter:**  ☒ Yes ☐ No       **List language and/or dialect:**   _SPANISH_____

**Matter to be SEALED:**  ☒ Yes  ☐ No

       ☒ Warrant Requested       ☐ Regular Process       ☐ In Custody

**Location Status:**

**Arrest Date:** _____

☐ Already in Federal Custody as _____ in _____ .
☐ Already in State Custody _____  ☐ Serving Sentence  ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by _____ on _____

**Charging Document:**  ☒ Complaint  ☐ Information  ☐ Indictment

**Total # of Counts:**  ☐ Petty _____  ☐ Misdemeanor _____  ☒ Felony _1_

**Continue on Page 2 for Entry of U.S.C. Citations**

☐    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:**  **OCTOBER 14, 2004**    **Signature of AUSA:** _Denise J. Casper_

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number  (To be filled in by deputy clerk):** _____

**Name of Defendant**    ENRIQUE AGOSTO _____

### U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 U.S.C. § 846 | CONSPIRACY TO DISTRIBUTE HEROIN | |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised USAO MA 1/15/04)

**Criminal Case Cover Sheet**                     **U.S. District Court - District of Massachusetts**

Place of Offense: _____     Category No. __I__     Investigating Agency __DEA__

City _____     **Related Case Information:**

County __MIDDLESEX/WORCESTER__     Superseding Ind./ Inf. _____     Case No. _04mJ 500_
                                   Same Defendant _____  New Defendant _____  (06)
                                   Magistrate Judge Case Number _____
                                   Search Warrant Case Number _____
                                   R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name __JOSE TORRADO__                     Juvenile  ☐ Yes  ☒ No

Alias Name _____

Address __241 MOODY STREET, LOWELL, MA__

Birth date (Year only): __1980__ SSN (last 4 #): _____ Sex ___ Race: _____ Nationality: _____

Defense Counsel if known: _____     Address: _____

Bar Number: _____

**U.S. Attorney Information:**

AUSA __DENISE JEFFERSON CASPER__     Bar Number if applicable _____

Interpreter:  ☒ Yes  ☐ No          List language and/or dialect:  __SPANISH__

Matter to be SEALED:  ☒ Yes  ☐ No

          ☒ Warrant Requested          ☐ Regular Process          ☐ In Custody

**Location Status:**

**Arrest Date:** _____

☐ Already in Federal Custody as _____ in _____ .
☐ Already in State Custody _____  ☐ Serving Sentence  ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by _____ on _____

Charging Document:  ☒ Complaint     ☐ Information     ☐ Indictment

Total # of Counts:  ☐ Petty _____  ☐ Misdemeanor _____  ☒ Felony __1__

**Continue on Page 2 for Entry of U.S.C. Citations**

☐     I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
      accurately set forth above.

Date: __OCTOBER 14, 2004__     Signature of AUSA: _____

JS 45  (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number  (To be filled in by deputy clerk):** _____

**Name of Defendant     JOSE TORRADO** _____

### U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 USC § 846 | Conspiracy to distribute heroin | |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised USAO MA 1/15/04)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

Place of Offense: _____    Category No. _I_____    Investigating Agency __DEA_____

City _____    Related Case Information:

County __MIDDLESEX/WORCESTER__    Superseding Ind./ Inf. _____    Case No. _04mJ600_
                                  Same Defendant _____ New Defendant _____
                                  Magistrate Judge Case Number _____  (07)
                                  Search Warrant Case Number _____
                                  R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name __CARLOS SANCHEZ_____    Juvenile [ ] Yes  [X] No

Alias Name __CARLITOS_____

Address __270 FAIRMOUNT ST   APT 1F, FITCHBURG, MA_____

Birth date (Year only): __1982_ SSN (last 4 #): _____ Sex __ Race: _____ Nationality: _____

Defense Counsel if known: _____    Address: _____

Bar Number: _____

**U.S. Attorney Information:**

AUSA __DENISE JEFFERSON CASPER_____    Bar Number if applicable _____

Interpreter:    [X] Yes [ ] No    List language and/or dialect:    __SPANISH_____

Matter to be SEALED:    [X] Yes    [ ] No

        [X] Warrant Requested        [ ] Regular Process        [ ] In Custody

Location Status:

Arrest Date: _____

[ ] Already in Federal Custody as _____ in _____.
[ ] Already in State Custody _____ [ ] Serving Sentence [ ] Awaiting Trial
[ ] On Pretrial Release:    Ordered by _____ on _____

Charging Document:    [X] Complaint    [ ] Information    [ ] Indictment

Total # of Counts:    [ ] Petty _____ [ ] Misdemeanor _____ [X] Felony _1_____

**Continue on Page 2 for Entry of U.S.C. Citations**

[ ]    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
       accurately set forth above.

Date:  OCTOBER 14, 2004        Signature of AUSA: _Denise J. Casper_____

JS 45  (5/97) - (Revised USAO MA 3/25/02)  Page 2 of 2 or Reverse

**District Court Case Number  (To be filled in by deputy clerk):** _____

**Name of Defendant**    <u>CARLOS SANCHEZ</u> _____

**U.S.C. Citations**

| | <u>Index Key/Code</u> | <u>Description of Offense Charged</u> | <u>Count Numbers</u> |
|---|---|---|---|
| Set 1 | <u>21 USC § 846</u> | <u>Conspiracy to distribute heroin</u> | |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised USAO MA 1/15/04)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

Place of Offense: _____    Category No. _I_____    Investigating Agency __DEA____

City _____    Related Case Information:

County __MIDDLESEX/WORCESTER__    Superseding Ind./ Inf. _____    Case No. __04-500__ NS
Same Defendant _____    New Defendant _____ (08)
Magistrate Judge Case Number    _____
Search Warrant Case Number    _____
R 20/R 40 from District of    _____

**Defendant Information:**

Defendant Name __LUIS R. SANCHEZ_____    Juvenile  ☐ Yes  ☒ No

Alias Name __PITO_____

Address __427 ROSEWOOD LANE, LOWELL, MA_____

Birth date (Year only): __1974__  SSN (last 4 #): _____  Sex ___  Race: _____  Nationality: _____

Defense Counsel if known: _____    Address: _____

Bar Number: _____

**U.S. Attorney Information:**

AUSA __DENISE JEFFERSON CASPER_____    Bar Number if applicable _____

Interpreter:  ☒ Yes ☐ No    List language and/or dialect: __SPANISH_____

Matter to be SEALED:  ☒ Yes  ☐ No

☒ Warrant Requested    ☐ Regular Process    ☐ In Custody

**Location Status:**

Arrest Date: _____

☐ Already in Federal Custody as _____ in _____ .
☐ Already in State Custody _____  ☐ Serving Sentence  ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by _____ on _____

Charging Document:  ☐ Complaint    ☐ Information    ☐ Indictment

Total # of Counts:  ☐ Petty _____  ☐ Misdemeanor _____  ☐ Felony _____

**Continue on Page 2 for Entry of U.S.C. Citations**

☐    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date:  **OCTOBER 14, 2004**    Signature of AUSA: _Denise J. Casper_

✎ JS 45  (5/97) - (Revised USAO MA 3/25/02)  Page 2 of 2 or Reverse

**District Court Case Number  (To be filled in by deputy clerk):** _____

**Name of Defendant**    LUIS R. SANCHEZ _____

**U.S.C. Citations**

|  | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 21 USC § 846 | Conspiracy to distribute heroin | |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised USAO MA 1/15/04)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

Place of Offense: _____   Category No. _I_____   Investigating Agency __DEA_____

City _____   **Related Case Information:**

County __MIDDLESEX/WORCESTER__   Superseding Ind./ Inf. _____   Case No. _04mj500_
                                 Same Defendant _____ New Defendant _____
                                 Magistrate Judge Case Number _____
                                 Search Warrant Case Number _____
                                 R 20/R 40 from District of _____   (09)

**Defendant Information:**

Defendant Name __EDWIN TORREZ_____   Juvenile   ☐ Yes   ☒ No

Alias Name _____

Address __219 BLACK BROOK RD., LOWELL, MA_____

Birth date (Year only): __1965__  SSN (last 4 #): _____  Sex ___ Race: _____  Nationality: _____

Defense Counsel if known: _____   Address: _____
                                                       _____

Bar Number: _____

**U.S. Attorney Information:**

AUSA __DENISE JEFFERSON CASPER_____   Bar Number if applicable _____

Interpreter:   ☒ Yes ☐ No   List language and/or dialect:   __SPANISH_____

Matter to be SEALED:   ☒ Yes   ☐ No

        ☒ Warrant Requested   ☐ Regular Process   ☐ In Custody

**Location Status:**

**Arrest Date:** _____

☐ Already in Federal Custody as _____ in _____ .
☐ Already in State Custody _____ ☐ Serving Sentence ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by _____ on _____

Charging Document:   ☒ Complaint   ☐ Information   ☐ Indictment

Total # of Counts:   ☐ Petty _____   ☐ Misdemeanor _____   ☒ Felony _1_____

**Continue on Page 2 for Entry of U.S.C. Citations**

☐      I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
       accurately set forth above.

Date: **OCTOBER 14, 2004**   Signature of AUSA: _Denise J. Casper_

JS 45  (5/97) - (Revised USAO MA 3/25/02)  Page 2 of 2 or Reverse

**District Court Case Number  (To be filled in by deputy clerk):** _____

**Name of Defendant    EDWIN TORREZ** _____

### U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 USC § 846 | Conspiracy to distribute heroin | |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised USAO MA 1/15/04)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

**Place of Offense:** _____    **Category No.** I _____    **Investigating Agency** DEA _____

**City** _____    **Related Case Information:**

**County** MIDDLESEX/WORCESTER    Superseding Ind./Inf. _____    Case No. 04mj500
                                 Same Defendant _____    New Defendant _____    (10)
                                 Magistrate Judge Case Number _____
                                 Search Warrant Case Number _____
                                 R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name  ZULEIMA REYES _____    Juvenile  ☐ Yes  ☒ No

Alias Name  LINDA _____

Address  10 CONLON TERRACE, LOWELL, MA _____

Birth date (Year only):  1979  SSN (last 4 #): _____ Sex ___ Race: _____ Nationality: _____

Defense Counsel if known: _____    Address: _____
                                                      _____

**Bar Number:** _____

**U.S. Attorney Information:**

AUSA  DENISE JEFFERSON CASPER _____    Bar Number if applicable _____

Interpreter:  ☒ Yes ☐ No    List language and/or dialect:  SPANISH _____

Matter to be SEALED:  ☒ Yes  ☐ No

        ☒ Warrant Requested    ☐ Regular Process    ☐ In Custody

**Location Status:**

**Arrest Date:** _____

☐ Already in Federal Custody as _____ in _____ .
☐ Already in State Custody _____  ☐ Serving Sentence  ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by _____ on _____

**Charging Document:**  ☒ Complaint    ☐ Information    ☐ Indictment

**Total # of Counts:**  ☐ Petty _____  ☐ Misdemeanor _____  ☒ Felony  1 _____

**Continue on Page 2 for Entry of U.S.C. Citations**

☐    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
     accurately set forth above.

**Date:**  OCTOBER 14, 2004    **Signature of AUSA:** _Denise J. Casper_ _____

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**    ZULEIMA REYES _____

**U.S.C. Citations**

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 USC § 846 | Conspiracy to distribute heroin | |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**

✎JS 45 (5/97) - (Revised USAO MA 1/15/04)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

**Place of Offense:** _____    **Category No.** I _____    **Investigating Agency** DEA _____

**City** _____    **Related Case Information:**

**County** MIDDLESEX/WORCESTER    Superseding Ind./ Inf. _____    Case No. 04mJ500
                                                    Same Defendant _____    New Defendant _____ (11)
                                                    Magistrate Judge Case Number _____
                                                    Search Warrant Case Number _____
                                                    R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name   SANTIAGO ARROYO _____    Juvenile   ☐ Yes   ☒ No

Alias Name   _____

Address   4 MURRAY COURT, APT 61, NASHUA, NEW HAMPSHIRE _____

Birth date (Year only):   1983   SSN (last 4 #): _____   Sex ____   Race: _____   Nationality: _____

**Defense Counsel if known:** _____    **Address:** _____

**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA**   DENISE JEFFERSON CASPER _____    **Bar Number if applicable** _____

**Interpreter:**   ☒ Yes   ☐ No    **List language and/or dialect:**   SPANISH _____

**Matter to be SEALED:**   ☒ Yes   ☐ No

        ☒ Warrant Requested        ☐ Regular Process        ☐ In Custody

**Location Status:**

**Arrest Date:** _____

☐ Already in Federal Custody as _____   in _____ .
☐ Already in State Custody _____   ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by _____   on _____

**Charging Document:**   ☒ Complaint   ☐ Information   ☐ Indictment

**Total # of Counts:**   ☐ Petty _____   ☐ Misdemeanor _____   ☒ Felony   1 _____

                    **Continue on Page 2 for Entry of U.S.C. Citations**

☐        I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
        accurately set forth above.

**Date:**   OCTOBER 14, 2004        **Signature of AUSA:** _____

JS 45  (5/97) - (Revised USAO MA 3/25/02)  Page 2 of 2 or Reverse

**District Court Case Number  (To be filled in by deputy clerk):** _____

**Name of Defendant**    SANTIAGO ARROYO

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 USC § 846 | Conspiracy to distribute heroin | |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**