AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

DISTRICT OF _____

UNITED STATES OF AMERICA

v.

JOSE RODRIGUEZ

## WARRANT FOR ARREST

CASE NUMBER: 2004 M 0500RBC-04

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ JOSE RODRIGUEZ _____
                                              Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☒ Complaint  ☐ Order of court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him or her with (brief description of offense)
CONSPIRARCY TO POSSESS WITH INTENT TO DISTRIBUTE AND DISTRIBUTE HEROIN

in violation of
Title _____ 21 _____ United States Code, Section(s) 846, 841 (a)(1)

ROBERT B. COLLINGS
Name of Issuing Officer

_signature_
Signature of Issuing Officer

UNITED STATES MAGISTRATE JUDGE
Title of Issuing Officer

at 10:47 pm
10-14-2004  ~~BOSTON, MA~~
Date and Location  North Reading Massachusetts

Bail fixed at $ _____  by _____
                                Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

This form was electronically produced by Elite Federal Forms, Inc.