# United States District Court
# District of Massachusetts

UNITED STATES OF AMERICA,

V.                                    CRIMINAL NO. 2004-10336-NMG-04

JOSE RODRIGUEZ.

## ORDER FOR MEDICAL EXAMINATION TO DETERMINE ADDICTION - 18 U.S.C. § 3142(f)

COLLINGS, U.S.M.J.

Pursuant to 18 U.S.C. § 3142(f), the Court, *sua sponte*, ORDERS that the defendant, Jose Rodriguez, receive a medical examination by a licensed medical practitioner ("the examiner") to determine whether the defendant is addicted to heroin, or any other controlled substance.

After completing his examination, the examiner shall prepare a report. The original of said report shall be filed in the Court; copies shall be mailed to the Assistant U.S. Attorney assigned to this case and to Valerie S. Carter, 530 Atlantic Avenue, (3rd floor), Boston, Massachusetts 02210.

The report shall include:

    (1)    the defendant's history and present symptoms;

    (2)    the examiner's findings;

    (3)    the examiner's opinions as to diagnosis and prognosis;

    (4)    what treatment, if any, is indicated.

The Pre-Trial Services Officer shall make all the necessary arrangements for the examination.

The United States Attorney shall pay all expenses incurred in connection with the examination.

/s/ Robert B. Collings

ROBERT B. COLLINGS
United States Magistrate Judge

November 22, 2004.