UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) |
| JULIO SANTIAGO et al. | ) |
| Defendants | ) |

Criminal No. 04-10336-NMG

## INFORMATION REGARDING PRIOR CONVICTIONS FILED PURSUANT TO 21 U.S.C. §851 REGARDING DEFENDANT JOSE RODRIGUEZ

The United States Attorney charges that:

1. On or about December 19, 1983, JOSE RODRIGUEZ was convicted in Middlesex Superior Court of possession of a Class A controlled substance (to wit: heroin) with intent to distribute in violation of Mass. Gen. L. 94C, §32. A copy of the docket (Docket number 83-1441) reflecting this judgment of conviction is attached as Exhibit 1.

2. On or about November 12, 1993, JOSE RODRIGUEZ was convicted in Lowell District Court of manufacturing, distributing or dispensing a Class A controlled substance (to wit: heroin) in violation of Mass. Gen. L. 94C, §32. A copy of the docket (Docket number 9311 CR 5438) reflecting this judgment of conviction is attached as Exhibit 2.

3. On or about November 12, 1993, JOSE RODRIGUEZ was convicted in Lowell District Court of possession of a Class A controlled substance (to wit: heroin) with intent to distribute in violation of Mass. Gen. L. 94C, §32. A copy of the docket (Docket number 9311 CR 8628) reflecting this judgment of conviction is

attached as Exhibit 3.

4.   JOSE RODRIGUEZ has been named as a defendant in an Indictment numbered 04-10336-NMG. The Indictment charges that JOSE RODRIGUEZ did knowingly and intentionally combine, conspire and agree with the named co-defendants and other persons, known and unknown to the Grand Jury, to possess with intent to distribute, and distribute, heroin, a Schedule I controlled substance, and that the conspiracy involved at least one kilogram of a mixture and a substance containing a detectable amount of heroin, a Schedule I controlled substance in violation of Title 21, United States Code, Sections 846, 841(a)(1), and 841(b)(1)(A).

5.   By way of this information, the government notifies JOSE RODRIGUEZ, that he is charged with committing the crime alleged in said indictment after having been previously convicted of the felony drug offenses as set out in paragraphs 1-3, above.

All in keeping with Title 21, United States Code, Section 851(a)(1).

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

BY:

DENISE JEFFERSON CASPER
Assistant U.S. Attorney

Dated: December 2, 2004

## CERTIFICATE OF SERVICE

This is to certify that I have this day served upon counsel of record a copy of the foregoing document by electronic mail and by depositing in the United States mail a copy of same in an envelope bearing sufficient postage for delivery.

This 2nd day of December 2004.

DENISE JEFFERSON CASPER
ASSISTANT UNITED STATES ATTORNEY

1

# Commonwealth of Massachusetts

MIDDLESEX, TO WIT:

At the SUPERIOR COURT, begun and holden

at the CITY OF CAMBRIDGE, within and for the County of Middlesex,

on the First Monday of May in the year of our

Lord one thousand nine hundred and Eighty-three

THE JURORS for the COMMONWEALTH OF MASSACHUSETTS on their oath present,
That Jose Rodriquez

on the Tenth day of December

in the year of our Lord one thousand nine hundred and Eighty-two

at Lowell , in the County of Middlesex aforesaid,

not being authorized by the provisions of General Laws
Chapter 94C, did knowingly or intentionally possess with
intent to distribute or dispense a controlled substance
in Class A, to wit: Heroin.

Against the peace of said Commonwealth, and contrary to the form of the statute in such case
made and provided.

A true bill.

_Stewart Young_
Foreman of the Grand Jury.

_District Attorney._

D.A.-001

## 83-1441

2

Ch 94C S32⁻
Poss CS A w/i Dist

COMMONWEALTH

vs.

Jose Rodriguez

CONTINUED TO

SUPERIOR COURT.   May   Sitting, 19 83

_____ day—Returned by the Grand Jury and filed in Court.

_____ arraigned and severally pleads— NOT guilty.

19. _____ A jury is empanelled, viz:

Defendant is ordered to recognize in the sum of $20,000 with two sureties, one surety if cash.
Bank book, or Professional Bondsman.
Mittimus issued not recognizing

Continued until _____

Defendant is ordered to recognize in the sum of $5,000 or with two sureties, one surety if cash.
Bank book, or Professional Bondsman.
Mittimus issued not recognizing

19. _____ July 12
Probation terminated.
Dismissed by order of _____ J., and at request of the Probation Officer.
See memo. (see #5 case #86-1338)
By the court.

_____ J.
Assistant Clerk.

PLEA RETR
OFFERED A
COMMONW

SENTENCE — M
INSTITUTION _____
FOR A TERM N
THAN _____

Sentence Suspend
recog. in $100.0
probation.

By the Court

1983 P.c.
Defendant h
Court of their
day imposed
perior Court
by G. L. Chap

**MASSACHUSETTS
SUPERIOR COURT**

(1983)

N8°-1441

nwealth vs.          JOSE Rodriquez

| ENTRY | DOCKET ENTRIES | Charge |
|---|---|---|
| | | Ind —App |
| June 1 | Indictment. | Poss. C. S. A w/i dist. |
| | | |

Capias returned with service endorsed thereon.

ov.18   Defendant is arraigned and pleads not guilty

ov.18   Defendant is ordered to recognize in the sum of $20,000.00 with two sureties,
one surety if cash, $2,000.00          without prejudice

Bank Book or Professional Bondsman.

Mittimus Issued not recognizing.

Continued until November 21,1983

Nov.21  The bail imposed on Nov.18,1983 is revoked. By the Court,Kelley,J.

Defendant is ordered to recognize in the sum of $5,000.00 with two
sureties, one surety if cash, $500.00 Bank Book or Professional
Bondsman.

Nov.21  Mittimus Issued not recognizing.

Recognizance.

**Atty. for Deft.**

Steven Rappaport
65 Franklin St.Boston

Carney Daniels,Esq.
M.D.C.   Arraignment only

12/19/83  Commonwealth
Kathleen Farmer A.D.A.
Change of plea only.

Donald Wynne,A.D.A.

# Commonwealth vs.

DOCKET ENTRIES—Continued

| No. of Paper | DATE OF ENTRY | |
|---|---|---|
| 4 | 1983,Nov.30 | Nittinus not recognizing returned with service endorsed thereon. |
| 5 | 1983,Dec.8 | Pretrial Conference Report filed in Court. |
| | | Continued until January 24,1984 for trial at Lowell. |
| 6 | 1983,Dec.15 | Assignemtn of Bail receipt and funds due thereon. |
| | 1983,Dec.19 | Plea retracted and plea guilty offered and accepted by the Court. |
| | | Commonwealth moves for sentence. |
| | 1983,Dec.19 | Sentence- Massachusetts Correctional Institution, Walpole for a term not |
| | | Seven years, or less than five years. |
| | | Sentence suspended for two years. |
| | | Defendant as principal and P. Sheehy as surety recognize in $100.00 and |
| | | years probation, By the Court, Prince, J. |
| | 1983,Dec.19 | Defendant has been notified by clerk in open Court of his right to appe |
| | | ence this day imposed to the "Appellate Division of the Superior Court" |
| | | review of sentence as provided by G.L. Chapter 278, Section 28A, B, C |
| | | (Prince, J.) /'/'/' S. |
| | | Abstract mailed to the Criminal Information Bureau. |

**COURT DIVISION**
Lowell

**NAME, ADDRESS AND ZIP CODE OF DEFENDANT**

Jose Rodriguez
9 Sheldon Street
Lowell, MA

Waived
Retained
Assigned _O'Keefe Consult_

**TERMS OF RELEASE**
$3500 w/ surety or $350 ca

**DEF. DOB AND SEX**
3/28/62

**OFFENSE CODE(S)**
806 803a

**DATE OF OFFENSE**
7/22/93

**PLACE OF OFFENSE**
Lowell

**COMPLAINANT**
Steve Smith

**POLICE DEPARTMENT (if applicable)**
Lowell

**DATE OF COMPLAINT**
7/23/93

**RETURN DATE AND TIME**
Arrest

| DATE | PROCEEDING |
|---|---|
| 7/23/93 | Arraigned before J. _Panarh_ |
| | Advised of right to counsel |
| | Advised of right to drug exam |
| | Advised of right to bail review _ruele_ |
| | Advised of right to F.I. Jury Trial |
| | Waives     Requests F.I. Jury Trial |
| | Advised of alien rights |
| | Warrant issued     Default warrant issued |
| | Default removed     Warrant recalled |
| | Warrant issued     Default warrant issued |
| | Default removed     Warrant recalled |

| | FINE | SURFINE | COSTS | TOTAL DUE |
|---|---|---|---|---|

**COUNT-OFFENSE**
A. MFG /DISTRIB./DISPENSING CLASS A SUB. C94C S32

DATE 11/12/93

**PLEA**
Not Guilty     Guilty     Nolo
New Plea:     Admits suff. facts

**FINDING** G

**JUDGE** M. Flynn

Cont. w/o finding until:
Appeal of find. & displ.     Appeal of disp.

**IMPRISONMENT AND OTHER DISPOSITION**
~ 18 mos H of C
1 YR to serve _core w/ + 618/93_
_Bal susp_ 11/10/95

**FINAL DISPOSITION**     DATE
Discharged from probation _DCwF + P.O. payfee_
Dismissed at request of probation

| | FINE | SURFINE | COSTS | TOTAL DUE |
|---|---|---|---|---|

**COUNT-OFFENSE**
B. VIO. CONTR SUB ACT W/IN SCHOOL ZONE C 94C S 32J

DATE 11/12/93

**PLEA**
Not Guilty     Guilty     Nolo
New Plea:     Admits suff. facts

**FINDING**

**JUDGE** _Parasti_

Cont. w/o finding until:
Appeal of find. & displ.     Appeal of disp.

**IMPRISONMENT AND OTHER DISPOSITION**
_Nolle Prosequi_

**FINAL DISPOSITION** _Term,_     DATE
Discharged from probation  1-10-95
Dismissed at request of probation

| | FINE | SURFINE | COSTS | TOTAL DUE |
|---|---|---|---|---|

**COUNT-OFFENSE**

DATE

**PLEA**
Not Guilty     Guilty     Nolo
New Plea:     Admits suff. facts

**FINDING**

**JUDGE**

Cont. w/o finding until:
Appeal of find. & displ.     Appeal of disp.

**IMPRISONMENT AND OTHER DISPOSITION**
I hereby attest and certify is a true copy on file and of record made by photographic process. I hereunto set my hand and affix the seal of the District Court of Lowell this _____ day of     OCT 21 2004

**FINAL DISPOSITION**     DATE
Discharged from probation     CLERK-MAGISTRATE
Dismissed at request of probation

| | FINE | SURFINE | COSTS | TOTAL DUE |
|---|---|---|---|---|

**COUNT-OFFENSE**

DATE

**PLEA**
Not Guilty     Guilty     Nolo
New Plea:     Admits suff. facts

**FINDING**

**JUDGE**

Cont. w/o finding until:
Appeal of find. & displ.     Appeal of disp.

**IMPRISONMENT AND OTHER DISPOSITION**

**FINAL DISPOSITION**     DATE
Discharged from probation
Dismissed at request of probation

| CONT. TO | PURPOSE | CONT. TO | PURPOSE |     | DATE | TAPE NO | START | STOP |
|---|---|---|---|---|---|---|---|---|
| 8/4/93 | PTC | | | | | | | |
| 8/13/93 | 1st Committee | | | | | | | |
| 11/12/93 | (T) + J, ROR | | | | | | | |

DOCKET ENTRIES OF MOTIONS, CASE NOTES AND OTHER ACTIONS

3

**DOCKET**

| | |
|---|---|
| COURT DIVISION<br>Lowell | NAME, ADDRESS AND ZIP CODE OF DEFENDANT<br>Jose Rodriguez<br>9 Chestnut St.<br>Lowell, MA |

Retained
Assigned: Kevin (Bird) O'Keefe

TERMS OF RELEASE 5,000 w/ sur 1,500 cash
Bail deveneered / comested

PROCEEDING

DATE 10/05/93

- Arraigned before J. Walker, J.
- Advised of right to counsel
- Advised of right to drug exam
- Advised of right to bail review
- X Advised of right to F.I. Jury Trial
- X Waives    Requests F.I. Jury Trial
- X Advised of alien rights
- Warrant issued    Default warrant issued
- Default removed    Warrant recalled
- Warrant issued    Default warrant issued
- Default removed    Warrant recalled

DEF. DOB AND SEX

OFFENSE CODE(S)

DATE OF OFFENSE

PLACE OF OFFENSE   Lowell

COMPLAINANT

POLICE DEPARTMENT (if applicable) Lowell

DATE OF COMPLAINT

RETURN DATE AND TIME   arrest

---

COUNT-OFFENSE

| FINE | SURFINE | COSTS | TOTAL DUE |
|---|---|---|---|

IMPRISONMENT AND OTHER DISPOSITION

18 mos HofC dir to serve
Bal susp 11/10/95 credit 19 days

FINAL DISPOSITION
Discharged from probation
Dismissed at request of probation

DATE 11/12/93 PLEA Not Guilty Guilty Nolo   Admits suff. facts
FINDING G   JUDGE M. Flynn, J.

---

COUNT-OFFENSE DIST. CONTR SUB ACT W/IN SCHOOL ZONE C 94C S

FINAL DISPOSITION   Nolle Prosequi   Term 11-10-95

DATE 11/12/93

---

11/5/93 PTC
11-12-93 PTC S/T

| COURT DIVISION | NAME, ADDRESS AND ZIP CODE OF DEFENDANT |
|---|---|
| Lowell | Jose Rodriguez<br>9 Chestnut St.<br>Lowell, MA |

TO ANY JUSTICE OR CLERK-MAGISTRATE
OF THE DISTRICT COURT DEPARTMENT.

The within named and undersigned complainant, on behalf of the Commonwealth, on oath complains that on the date and at the location stated herein the defendant did commit the offense(s) listed below.

| DEF. DOB AND SEX | OFFENSE CODE(S) |
|---|---|
| 2/28/62 M | 801, 803a |

| DATE OF OFFENSE | PLACE OF OFFENSE |
|---|---|
| 10/24/93 | Lowell |

| COMPLAINANT | POLICE DEPARTMENT (if applicable) |
|---|---|
| Michael Farnum | Lowell |

| DATE OF COMPLAINT | RETURN DATE AND TIME |
|---|---|
| 10/25/93 | Arrest |

COUNT OFFENSE

A. POSS. CLASS A SUB. W/INT. TO DISTRIB./MFG. C94C S32

not being authorized by law, did knowingly or intentionally possess with intent to manufacture, distribute or dispense a controlled substance in Class "A" of G.L. c.94C, s.31, to wit: Heroin, in violation of G.L. c.94C, s.32.

COUNT OFFENSE

B. VIO. CONTR SUB ACT W/IN SCHOOL ZONE C 94C S 32J

did violate, the provisions of section 32, 32A, 32B, 32C, 32D, 32E, 32F, or 32I while in or on, or within one thousand feet of the real property comprising a public or private elementary, vocational, or secondary school whether or not in session, in violation of G.L. c.94C, s 32J.

COUNT OFFENSE

In testimony that the foregoing is a true ... photo- ... and ... the District Court ... Lowell ... day of ... OCT 21 2004

MAGISTRATE

COUNT OFFENSE

| COMPLAINANT | SWORN TO BEFORE CLERK-MAGISTRATE/ASST. CLERK | ON (DATE) | ADDITIONAL COUNTS ATTACHED |
|---|---|---|---|
| X | x | 10/25/93 | |
| FIRST JUSTICE<br>Mark S. Coven | | COURT ADDRESS<br>41 Hurd Street<br>Lowell, MA 01852 | |
| A TRUE COPY ATTEST: X | CLERK-MAGISTRATE/ASST. CLERK | ON (DATE) | |