✎JS 45  (5/97) - (Revised USAO MA 1/15/04)

**Criminal Case Cover Sheet**        **U.S. District Court - District of Massachusetts**

**Place of Offense:** _____ **Category No.** _I_____ **Investigating Agency** _DEA_____

**City** _Lowell/Fitchburg/Leominster_    **Related Case Information:**

**County** _MIDDLESEX/WORCESTER_    Superseding Ind./ Inf. __X_____ Case No. __04-10336-NMG__
                            Same Defendant _____ New Defendant _____
                            Magistrate Judge Case Number __2004-M-00500-RBC____
                            Search Warrant Case Number __2004-M-00502-RBC____
                            R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name _JULIO CARRION SANTIAGO_____ Juvenile ☐ Yes ☒ No

Alias Name _MACHO_____

Address _264 MECHANIC ST., 2ND FL., LEOMINSTER, MA_____

Birth date (Year only): _1959_ SSN (last 4 #): _____ Sex ___ Race: _____ Nationality: _____

**Defense Counsel if known:** _John Cicilline, Esq._____ **Address:** _387 Atwells Avenue_
                                                      _Providence, RI 02909_

**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA** _DENISE JEFFERSON CASPER_____ **Bar Number if applicable** _568116_

**Interpreter:** ☐ Yes ☒ No      **List language and/or dialect:** _____

**Matter to be SEALED:** ☐ Yes ☒ No

     ☐ **Warrant Requested**      ☐ **Regular Process**      ☒ **In Custody**

**Location Status:**

**Arrest Date:** _____October 15, 2004_____

☒ Already in Federal Custody as _October 15, 2004_____ in **Plymouth House of Correction**_____ .
☐ Already in State Custody _____ ☐ Serving Sentence ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by _____ on _____

**Charging Document:** ☐ Complaint    ☐ Information    ☒ Indictment

**Total # of Counts:** ☐ Petty _____ ☐ Misdemeanor _____ ☒ Felony _3___

**Continue on Page 2 for Entry of U.S.C. Citations**

☒    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
     accurately set forth above.

**Date: APRIL 13, 2005**      **Signature of AUSA:** _Denise Jefferson Casper_

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**    JULIO CARRION SANTIAGO _____

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 USC § 846 | Conspiracy to distribute heroin | 1 |
| Set 2 | 18 USC § 924(c) | Possession of firearms in furtherance of a drug | 7 |
| Set 3 | 26 USC 5861(d) | Possession of unlicenced firearms | 8 |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

%JS 45 (5/97) - (Revised USAO MA 1/15/04)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

Place of Offense: _____    Category No. __I__    Investigating Agency __DEA__

City __Lowell/Fitchburg/Leominster__    **Related Case Information:**

County __MIDDLESEX/WORCESTER__    Superseding Ind./ Inf. __X__    Case No. __04-10336-NMG__
Same Defendant _____ New Defendant _____
Magistrate Judge Case Number __2004-M-00500-RBC__
Search Warrant Case Number __2004-M-00505-RBC__
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name __PEDRO ALBERTO MIRANDA__    Juvenile [ ] Yes [X] No

Alias Name __TAVO, Carlos Colon__

Address __212 WILDER ST., LOWELL, MA__

Birth date (Year only): __1969__ SSN (last 4 #): ___ Sex ___ Race: _____ Nationality: _____

**Defense Counsel if known:** __John Palmer, Esq.__    Address: __24 School Street__
__Boston, MA 02108__
**Bar Number:** _____

**U.S. Attorney Information:**

AUSA __DENISE JEFFERSON CASPER__    Bar Number if applicable __568116__

Interpreter: [X] Yes [ ] No    List language and/or dialect: __SPANISH__

Matter to be SEALED: [ ] Yes [X] No

[ ] Warrant Requested    [ ] Regular Process    [X] In Custody

**Location Status:**

Arrest Date: __October 15, 2004__

[X] Already in Federal Custody as __October 15, 2004__ in __Plymouth House of Correction__ .
[ ] Already in State Custody _____ [ ] Serving Sentence [ ] Awaiting Trial
[ ] On Pretrial Release: Ordered by _____ on _____

**Charging Document:** [ ] Complaint    [ ] Information    [X] Indictment

**Total # of Counts:** [ ] Petty ___ [ ] Misdemeanor ___ [X] Felony __1__

**Continue on Page 2 for Entry of U.S.C. Citations**

[x] I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date: APRIL 13, 2005**    Signature of AUSA: _Denise Jefferson Casper_

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (**To be filled in by deputy clerk**): _____

**Name of Defendant**     PEDRO ALBERTO MIRANDA _____

**U.S.C. Citations**

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 USC § 846 | Conspiracy to distribute heroin | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised USAO MA 1/15/04)

**Criminal Case Cover Sheet**                 **U.S. District Court - District of Massachusetts**

**Place of Offense:** _____  **Category No.** _I_____  **Investigating Agency** _DEA_____

**City** _Lowell/Fitchburg/Leominster_     **Related Case Information:**

**County** _MIDDLESEX/WORCESTER_   Superseding Ind./ Inf. _X_____  Case No. _04-10336NMG_____
                                    Same Defendant _____  New Defendant _____
                                    Magistrate Judge Case Number _2004-M-00500-RBC_____
                                    Search Warrant Case Number _2004-M-00501-RBC_____
                                    R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name _REYNALDO RIVERA_____  Juvenile  ☐ Yes  ☒ No

Alias Name _REY_____

Address _235 18TH ST., APT 204 DRACUT, MA_____

Birth date (Year only): _1978_  SSN (last 4 #): _____  Sex ___  Race: _____  Nationality: _____

**Defense Counsel if known:**  **Carl Donaldson, Esq.**_____  **Address:** _11 Beacon Street, Suite 600_
                                                                    _Boston, MA 02108_

**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA** _DENISE JEFFERSON CASPER_____  **Bar Number if applicable** _568116___

**Interpreter:**  ☒ Yes ☐ No        **List language and/or dialect:**    _SPANISH_____

**Matter to be SEALED:**  ☐ Yes ☒ No

   ☐ **Warrant Requested**        ☒ **Regular Process**        ☐ **In Custody**

**Location Status:**

**Arrest Date:**     _October 15, 2004_____

☐ **Already in Federal Custody as** _____ in _____ .
☐ **Already in State Custody** _____ ☐ **Serving Sentence** ☐ **Awaiting Trial**
☒ **On Pretrial Release:**  **Ordered by** _Judge Collings_  **on** _November 12, 2004_____

**Charging Document:**  ☐ **Complaint**    ☐ **Information**    ☒ **Indictment**

**Total # of Counts:**  ☐ **Petty** _____ ☐ **Misdemeanor** _____ ☒ **Felony** _6_____

**Continue on Page 2 for Entry of U.S.C. Citations**

☒   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
    accurately set forth above.

**Date:  APRIL 13, 2005**      **Signature of AUSA:** _Denise Jefferson Casper_

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**    REYNALDO RIVERA _____

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 USC 846 | Conspiracy to distribute heroin | 1 |
| Set 2 | 21 USC § 841(a) (1) | Possession w/intent to distribute heroin | 2,3,4,5,6 |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised USAO MA 1/15/04)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

**Place of Offense:** _____    Category No. I _____    **Investigating Agency** __DEA__

**City** __Lowell/Fitchburg/Leominster__    **Related Case Information:**

**County** __MIDDLESEX/WORCESTER__    Superseding Ind./ Inf. __X__    Case No. __04-10336-NMG__
Same Defendant _____    New Defendant _____
Magistrate Judge Case Number __2004-M-00500-RBC__
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name __ENRIQUE AGOSTO__    Juvenile ☐ Yes ☒ No

Alias Name _____

Address __1 SHATTUCK ST APT 303, LOWELL, MA__

Birth date (Year only): __1964__  SSN (last 4 #): _____ Sex ___ Race: _____ Nationality: _____

**Defense Counsel if known:** __Cathy Byrne, Esq.__    Address: __408 Atlantic Avenue, 3rd Floor__
__Boston, MA 02108__

**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA** __DENISE JEFFERSON CASPER__    Bar Number if applicable __568116__

**Interpreter:** ☐ Yes ☒ No    List language and/or dialect: _____

**Matter to be SEALED:** ☐ Yes ☒ No

☐ **Warrant Requested**    ☐ **Regular Process**    ☒ **In Custody**

**Location Status:**

**Arrest Date:** __October 15, 2004__

☒ Already in Federal Custody as __October 15, 2004__    in __Plymouth House Of Correction__ .
☐ Already in State Custody _____    ☐ Serving Sentence    ☐ Awaiting Trial
☐ On Pretrial Release: **Ordered by** _____    on _____

**Charging Document:**    ☐ Complaint    ☐ Information    ☒ Indictment

**Total # of Counts:**    ☐ Petty _____    ☐ Misdemeanor _____    ☒ Felony __1__

Continue on Page 2 for Entry of U.S.C. Citations

☒    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
accurately set forth above.

**Date: APRIL 13, 2005**    Signature of AUSA: _Denise Jefferson Casper_

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number (To be filled in by deputy clerk):** _____

**Name of Defendant**    ENRIQUE AGOSTO _____

### U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1 _____21 U.S.C. § 846_____ | **CONSPIRACY TO DISTRIBUTE HEROIN** | 1 _____ |
| Set 2 _____ | _____ | _____ |
| Set 3 _____ | _____ | _____ |
| Set 4 _____ | _____ | _____ |
| Set 5 _____ | _____ | _____ |
| Set 6 _____ | _____ | _____ |
| Set 7 _____ | _____ | _____ |
| Set 8 _____ | _____ | _____ |
| Set 9 _____ | _____ | _____ |
| Set 10 _____ | _____ | _____ |
| Set 11 _____ | _____ | _____ |
| Set 12 _____ | _____ | _____ |
| Set 13 _____ | _____ | _____ |
| Set 14 _____ | _____ | _____ |
| Set 15 _____ | _____ | _____ |

**ADDITIONAL INFORMATION:**

✎JS 45 (5/97) - (Revised USAO MA 1/15/04)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

**Place of Offense:** _____   **Category No.** _I_____   **Investigating Agency** _DEA_____

**City** _Lowell/Fitchburg/Leominster_   **Related Case Information:**

**County** _MIDDLESEX/WORCESTER_   Superseding Ind./ Inf. __X_____   Case No. __04-10336NMG__
Same Defendant _____   New Defendant _____
Magistrate Judge Case Number __2004-M-00500-RBC__
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name _JOSE TORRADO_____   Juvenile   ☐ Yes   ☒ No

Alias Name _____

Address _241 MOODY STREET, LOWELL, MA_____

Birth date (Year only): _1980_   SSN (last 4 #): _____   Sex ___   Race: _____   Nationality: _____

**Defense Counsel if known:** _Lenore M. Glaser, Esq._____   **Address:** _25 Kingston Street_
_Boston, MA 02111_

**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA** _DENISE JEFFERSON CASPER_____   Bar Number if applicable _568116_____

**Interpreter:**   ☐ Yes ☒ No      **List language and/or dialect:** _____

**Matter to be SEALED:**   ☐ Yes ☒ No

   ☐ **Warrant Requested**      ☒ **Regular Process**      ☐ **In Custody**

**Location Status:**

**Arrest Date:** _October 15, 2004_____

☐ Already in Federal Custody as _____ in _____.
☐ Already in State Custody _____ ☐ Serving Sentence   ☐ Awaiting Trial
☒ On Pretrial Release:   Ordered by _Judge Collings_   on   _November 12, 2004_

**Charging Document:**   ☐ Complaint   ☐ Information   ☒ Indictment

**Total # of Counts:**   ☐ Petty _____   ☐ Misdemeanor _____   ☒ Felony _1_

**Continue on Page 2 for Entry of U.S.C. Citations**

☒   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
accurately set forth above.

**Date:** APRIL 13, 2005      **Signature of AUSA:** _Denise Jefferson Casper_

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**    **JOSE TORRADO** _____

### U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 USC § 846 | Conspiracy to distribute heroin | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

℘JS 45  (5/97) - (Revised USAO MA 1/15/04)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

**Place of Offense:** _____   **Category No.** 1 _____   **Investigating Agency** DEA _____

**City** Lowell/Fitchburg/Leominster   **Related Case Information:**

**County** MIDDLESEX/WORCESTER   Superseding Ind./ Inf.  X _____   Case No.   04-10336-NMG
                              Same Defendant _____   New Defendant _____
                              Magistrate Judge Case Number   2004-M-00500-RBC
                              Search Warrant Case Number   2004-M-00503-RBC
                              R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name  CARLOS SANCHEZ _____   Juvenile   ☐ Yes   ☒ No

Alias Name   CARLITOS _____

Address   270 FAIRMOUNT ST  APT 1F, FITCHBURG, MA _____

Birth date (Year only):  1982  SSN (last 4 #): ____  Sex ___  Race: _____  Nationality: _____

**Defense Counsel if known:**   Tony Scola, Esq. _____   **Address:** 47 Harvard Street
                                                                      Worcester, MA 02609

**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA** DENISE JEFFERSON CASPER _____   **Bar Number if applicable** 568116 _____

**Interpreter:**   ☐ Yes ☒ No   **List language and/or dialect:** _____

**Matter to be SEALED:**   ☐ Yes  ☒ No

  ☐ **Warrant Requested**      ☒ **Regular Process**        ☐ **In Custody**

**Location Status:**

**Arrest Date:** __October 15, 2004__

☐ **Already in Federal Custody as** _____ **in** _____.
☐ **Already in State Custody** _____  ☐ **Serving Sentence**  ☐ **Awaiting Trial**
☒ **On Pretrial Release:**  **Ordered by** Judge Collings  **on**  November 3, 2004

**Charging Document:**   ☐ Complaint   ☐ Information   ☒ Indictment

**Total # of Counts:**   ☐ Petty _____   ☐ Misdemeanor _____   ☒ Felony  1

**Continue on Page 2 for Entry of U.S.C. Citations**

☒    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
     accurately set forth above.

**Date:  APRIL 13, 2005**      Signature of AUSA: _Denise Jefferson Casper_

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**    CARLOS SANCHEZ _____

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1   21 USC § 846 | Conspiracy to distribute heroin | 1 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised USAO MA 1/15/04)

**Criminal Case Cover Sheet**                          **U.S. District Court - District of Massachusetts**

**Place of Offense:** _____  Category No. _I_____  **Investigating Agency** _DEA_____

**City** _Lowell/.Fitchburg/Leominster_    **Related Case Information:**

**County** _MIDDLESEX/WORCESTER_    Superseding Ind./ Inf. __X____    Case No. __04-10336-NMG__
                                     Same Defendant _____    New Defendant _____
                                     Magistrate Judge Case Number  __2004-M-00500-RBC_____
                                     Search Warrant Case Number  _____
                                     R 20/R 40 from District of  _____

**Defendant Information:**

Defendant Name _LUIS R. SANCHEZ_____    Juvenile    ☐ Yes    ☒ No

Alias Name  _PITO_____

Address  _427 ROSEWOOD LANE, LOWELL, MA_____

Birth date (Year only): _1974_  SSN (last 4 #): _____  Sex ___  Race: _____  Nationality: _____

**Defense Counsel if known:** _Sean T. Delaney, Esq._____  **Address:** _228 Central Street_____
                                                                        _Lowell, MA 01852_____
**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA** _DENISE JEFFERSON CASPER_____    **Bar Number if applicable** _568116_____

**Interpreter:**    ☒ Yes ☐ No    **List language and/or dialect:**    _SPANISH_____

**Matter to be SEALED:**    ☐ Yes    ☒ No

    ☐ **Warrant Requested**    ☒ **Regular Process**    ☐ **In Custody**

**Location Status:**

**Arrest Date:** _____

☐ **Already in Federal Custody as** _____ in _____ .
☐ **Already in State Custody** _____ ☐ Serving Sentence ☐ Awaiting Trial
☒ **On Pretrial Release:** **Ordered by** _Judge Collings_____ **on** _October 21, 2004_____

**Charging Document:**    ☐ Complaint    ☐ Information    ☒ Indictment

**Total # of Counts:**    ☐ Petty _____  ☐ Misdemeanor _____  ☒ Felony _1_____

**Continue on Page 2 for Entry of U.S.C. Citations**

☒    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
     accurately set forth above.

**Date: APRIL 13, 2005**    **Signature of AUSA:** _[signature]_

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**    LUIS R. SANCHEZ _____

### U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 USC § 846 | Conspiracy to distribute heroin | 1 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised USAO MA 1/15/04)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

Place of Offense: _____    Category No. _I_____    Investigating Agency __DEA_____

City __Lowell/Fitchburg/Leominster__    **Related Case Information:**

County __MIDDLESEX/WORCESTER__    Superseding Ind./ Inf.    _X_____    Case No.    _04-10336-NMG_____
                                                 Same Defendant _____    New Defendant _____
                                                 Magistrate Judge Case Number    _2004-M-00500-RBC_____
                                                 Search Warrant Case Number    _2004-M-00504-RBC_____
                                                 R 20/R 40 from District of    _____

**Defendant Information:**

Defendant Name __EDWIN TORREZ_____    Juvenile    ☐ Yes    ☒ No

Alias Name _____

Address __219 BLACK BROOK RD., LOWELL, MA_____

Birth date (Year only): __1965__  SSN (last 4 #): _____ Sex _M_ Race: _____  Nationality: _____

**Defense Counsel if known:** __Victoria Bonilla-Argudo, Esq.__    Address: _77 Central Street, 2nd Floor_
**Bar Number:** _____    _Boston, MA 02109_

**U.S. Attorney Information:**

AUSA __DENISE JEFFERSON CASPER_____    Bar Number if applicable _568116_____

Interpreter:    ☒ Yes ☐ No    List language and/or dialect:    __SPANISH_____

Matter to be SEALED:    ☐ Yes    ☒ No

    ☐ Warrant Requested    ☒ Regular Process    ☐ In Custody

**Location Status:**

Arrest Date: __October 15, 2004_____

☐ Already in Federal Custody as _____  in  _____.
☐ Already in State Custody _____  ☐ Serving Sentence  ☐ Awaiting Trial
☒ On Pretrial Release:  Ordered by _Judge Collings_____  on  _October 21, 2004_____

**Charging Document:**    ☐ Complaint    ☐ Information    ☒ Indictment

**Total # of Counts:**    ☐ Petty _____    ☐ Misdemeanor _____    ☒ Felony  _1_____

**Continue on Page 2 for Entry of U.S.C. Citations**

☒    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
    accurately set forth above.

**Date:  APRIL 13, 2005**    Signature of AUSA: _Denise Jefferson Casper_

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number (To be filled in by deputy clerk):** _____

**Name of Defendant** __EDWIN TORREZ_____

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 USC § 846 | Conspiracy to distribute heroin | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised USAO MA 1/15/04)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

**Place of Offense:** _____    **Category No.** I _____    **Investigating Agency** DEA _____

**City** Lowell/Fitchburg/Leominster    **Related Case Information:**

**County** MIDDLESEX/WORCESTER    Superseding Ind./ Inf.    X _____    Case No.    04-10336-NMG
                                    Same Defendant _____    New Defendant _____
                                    Magistrate Judge Case Number    2004-M-00500-RBC
                                    Search Warrant Case Number _____
                                    R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name  JOSE RODRIGUEZ _____    Juvenile    ☐ Yes    ☒ No

Alias Name _____

Address  261 AIKEN ST 2ND FL. LOWELL, MA _____

Birth date (Year only):  1962  SSN (last 4 #): _____  Sex ___  Race: _____  Nationality: _____

**Defense Counsel if known:**    Valerie S. Carter, Esq. _____    **Address:** 530 Atlantic Avenue _____
                                                                    Boston, MA 02108
**Bar Number:** _____

**U.S. Attorney Information:**

AUSA  DENISE JEFFERSON CASPER _____    Bar Number if applicable  568116 _____

**Interpreter:**    ☒ Yes  ☐ No        List language and/or dialect:        SPANISH _____

**Matter to be SEALED:**    ☐ Yes    ☒ No

        ☐ Warrant Requested        ☐ Regular Process        ☒ In Custody

**Location Status:**

**Arrest Date:**        October 15, 2004 _____

☒ Already in Federal Custody as  October 15, 2004 _____    in    Plymouth House of Correction _____ .
☐ Already in State Custody _____    ☐ Serving Sentence    ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by _____    on _____

**Charging Document:**    ☐ Complaint    ☐ Information    ☒ Indictment

**Total # of Counts:**    ☐ Petty _____    ☐ Misdemeanor _____    ☒ Felony    1 _____

**Continue on Page 2 for Entry of U.S.C. Citations**

☒        I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
        accurately set forth above.

**Date:** APRIL 13, 2005        Signature of AUSA: _Denise Jefferson Casper_

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number (To be filled in by deputy clerk):** _____

**Name of Defendant**   **JOSE RODRIGUEZ** _____

### U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 USC § 846 | Conspiracy to distribute heroin | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised USAO MA 1/15/04)

**Criminal Case Cover Sheet**                                        **U.S. District Court - District of Massachusetts**

**Place of Offense:** _____  **Category No.** I _____  **Investigating Agency** DEA _____

**City** Lowell/Fitchburg/Leominster    **Related Case Information:**

**County** MIDDLESEX/WORCESTER    Superseding Ind./ Inf. X _____    Case No. 04-10336-NMG
                                  Same Defendant _____    New Defendant _____
                                  Magistrate Judge Case Number    2004-M-00500-RBC _____
                                  Search Warrant Case Number _____
                                  R 20/R 40 from District of _____

**Defendant Information:**

**Defendant Name** ZULEIMA REYES _____    Juvenile  ☐ Yes  ☒ No

**Alias Name** LINDA _____

**Address** 10 CONLON TERRACE, LOWELL, MA _____

Birth date (Year only): 1979  SSN (last 4 #): _____  Sex ___  Race: _____  Nationality: _____

**Defense Counsel if known:** John D. Hodges, Esq. _____    **Address:** 1360 Main Street
                                                              Tewksbury, MA 01876

**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA** DENISE JEFFERSON CASPER _____    **Bar Number if applicable** 568116

**Interpreter:** ☐ Yes ☒ No    **List language and/or dialect:** _____

**Matter to be SEALED:** ☐ Yes ☒ No

☐ **Warrant Requested**    ☒ **Regular Process**    ☐ **In Custody**

**Location Status:**

**Arrest Date:** October 15, 2004

☐ Already in Federal Custody as _____ in _____ .
☐ Already in State Custody _____    ☐ Serving Sentence    ☐ Awaiting Trial
☒ On Pretrial Release:  **Ordered by** Judge Collings    **on** November 15, 2004

**Charging Document:**    ☐ Complaint    ☐ Information    ☒ Indictment

**Total # of Counts:**    ☐ Petty _____    ☐ Misdemeanor _____    ☒ Felony  5

Continue on Page 2 for Entry of U.S.C. Citations

☒    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
     accurately set forth above.

**Date:** APRIL 13, 2005    **Signature of AUSA:** _____

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**   ZULEIMA REYES _____

### U.S.C. Citations

| __Index Key/Code__ | __Description of Offense Charged__ | __Count Numbers__ |
|---|---|---|
| Set 1   21 USC § 846 | Conspiracy to distribute heroin | 1 |
| Set 2   21 USC § 841(a)(1) | Possession w/intent to distribute heroin | 3,4,5,6 |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised USAO MA 1/15/04)

**Criminal Case Cover Sheet**          **U.S. District Court - District of Massachusetts**

**Place of Offense:** _____  **Category No.** _1_____  **Investigating Agency** _DEA_____

**City** _Lowell/Fitchburg/Leominster_  **Related Case Information:**

**County** _MIDDLESEX/WORCESTER_  Superseding Ind./ Inf.  _X_____  Case No. _04-10336-NMG_
Same Defendant _____  New Defendant _____
Magistrate Judge Case Number _2004-M-00500-RBC_____
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name  _SANTIAGO ARROYO_____  Juvenile  ☐ Yes  ☒ No

Alias Name  _____

Address  _4 MURRAY COURT, APT 61, NASHUA, NEW HAMPSHIRE_____

Birth date (Year only): _1983_  SSN (last 4 #): _____  Sex ___  Race: _____  Nationality: _____

**Defense Counsel if known:** _____  Address: _____
_____

**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA** _DENISE JEFFERSON CASPER_____  Bar Number if applicable _568116_____

**Interpreter:**   ☒ Yes ☐ No  List language and/or dialect:   _SPANISH_____

**Matter to be SEALED:**   ☐ Yes ☒ No

    ☒ Warrant Requested  ☐ Regular Process  ☐ In Custody

**Location Status:**

**Arrest Date:** _____

☐ Already in Federal Custody as _____ in _____ .
☐ Already in State Custody _____  ☐ Serving Sentence  ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by _____ on _____

**Charging Document:**   ☐ Complaint  ☐ Information  ☒ Indictment

**Total # of Counts:**   ☐ Petty _____  ☐ Misdemeanor _____  ☒ Felony _2_____

**Continue on Page 2 for Entry of U.S.C. Citations**

☒   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
accurately set forth above.

Date: **APRIL 13, 2005**  Signature of AUSA: _Denise Jefferson Casper_

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant** ___SANTIAGO ARROYO_____

### U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 USC § 846 | Conspiracy to distribute heroin | 1 |
| Set 2 | 21 USC § 841(a)(1) | Possession w/intent to distribute heroin | 2 |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

☜JS 45 (5/97) - (Revised USAO MA 1/15/04)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

**Place of Offense:** _____    **Category No.** _I_____    **Investigating Agency** _DEA_____

**City** _Lowell/Fitchburg/Leominster_    **Related Case Information:**

**County** _MIDDLESEX/WORCESTER_    Superseding Ind./ Inf. _X_____    Case No. _04-10336-NMG_
                                     Same Defendant _____    New Defendant _____
                                     Magistrate Judge Case Number _2004-M-00509-RBC_____
                                     Search Warrant Case Number _____
                                     R 20/R 40 from District of _Eastern District of New York_____

**Defendant Information:**

Defendant Name _JUAN NUNEZ_____    Juvenile ☐ Yes  ☒ No

Alias Name _____

Address _____

Birth date (Year only): _____ SSN (last 4 #): _____ Sex _M_ Race: _____ Nationality: _____

**Defense Counsel if known:** _Roger Witkins, Esq._____    Address: _6 Beacon Street, Suite 1010_
                                                                       _Boston, MA 02108_

**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA** _DENISE JEFFERSON CASPER_____    Bar Number if applicable _568116_

**Interpreter:** ☒ Yes ☐ No    List language and/or dialect: _SPANISH_____

**Matter to be SEALED:** ☐ Yes ☒ No

☐ **Warrant Requested**    ☐ **Regular Process**    ☒ **In Custody**

**Location Status:**

**Arrest Date:** _October 15, 2004_____

☒ Already in Federal Custody as _October 15, 2004_____ in _Plymouth House of Correction_____ .
☐ Already in State Custody _____ ☐ Serving Sentence ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by _____ on _____

**Charging Document:** ☐ Complaint    ☐ Information    ☒ Indictment

**Total # of Counts:** ☐ Petty _____ ☐ Misdemeanor _____ ☒ Felony _1_

Continue on Page 2 for Entry of U.S.C. Citations

☒    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
     accurately set forth above.

**Date:** _APRIL 13, 2005_    Signature of AUSA: _Denise Jefferson Casper_

✎JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**    JUAN NUNEZ _____

### U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1 — 21 U.S.C. § 846 | Conspiracy to Distribute Heroin | 1 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**