UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **CRIMINAL No. 04-10336-NMG** |
| | ) | |
| | ) | |
| **JOSE ORLANDO RODIGUEZ** | ) | |

**NOTICE OF APPEARANCE**

Please enter my appearance for the defendant Jose Orlando Rodriguez in the above-named case.

Respectfully submitted,

/s/ Robert Sheketoff

Robert Sheketoff
BBO# 457340
One McKinley Square
Boston, MA 02119
(671) 367-3449