UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | Docket No.: 04-10336-NMG |
| | ) | |
| | ) | |
| JOSE ORLANDO RODRIGUEZ | ) | |

**MOTION TO WITHDRAW**

Valerie S. Carter, counsel to Jose Orlando Rodriguez, requests permission to withdraw from representation of him in this case. As grounds therefore, counsel states that attorney Robert L. Sheketoff (BBO# 457340) has entered a Notice of Appearance on January 11, 2006 on behalf of Mr. Rodriguez.

JOSE ORLANDO RODRIGUEZ

By his attorney,

  /s/ Valerie S. Carter_____

Valerie S. Carter, Esq.
BBO No. 545412
CARTER & DOYLE LLP
530 Atlantic Avenue
Boston, MA  02210
617-348-0525

Dated:  January 27, 2006

**CERTIFICATE OF SERVICE**

      I hereby certify that on January 27, 2006 a true copy of the above document was served upon all attorneys of record by ECF filing.

                                        /s/ Valerie S. Carter

                                        Valerie S. Carter, Esq.