UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>)<br>Vs.                                   )<br>)<br>LUIS RODRIGUEZ,                 )<br>A/K/A "One Eyed Luis"          )<br>_____ ) | Criminal No. 04-10336 NMG |

**EMERGENCY MOTION TO CONTINUE**

     Attorney for defendant, Valerie S. Carter, has a hearing on a *Motion for Preliminary Injunction* in Essex Superior Court in Salem scheduled for Tuesday March 14, 2006 at 2:00 P.M. The defendant requests that the status conference be postponed and rescheduled for Tuesday (March 14, 2006) morning, any time Wednesday (March 15, 2006) or Thursday (March 16, 2006). Attorney Carter will not be in the office for the following two weeks.

                                                                           LUIS RODRIGUEZ

                                                                           By his attorney,

                                                                           _____/s/ Valerie S. Carter
                                                                           Valerie S. Carter
                                                                           Carter & Doyle LLP
                                                                           530 Atlantic Avenue
                                                                           Boston, MA   02210
                                                                           617-348-0525

DATED: **March 13, 2006**

2

CERTIFICATE OF SERVICE

I hereby certify that on March 13, 2006 a true copy was ECF Filed, and a copy of the above document was served upon Peter K. Levitt, U.S. Attorney of record by ECF Filing.

           ___/s/ Valerie S. Carter_____
           Valerie S. Carter, Esq.