UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| V. ) | CRIMINAL ACTION |
| ) | No. 04-10336-NMG |
| JOSE O. RODRIGUEZ ) | |

**DEFENDANT'S AFFIDAVIT IN SUPPORT
OF MOTION TO SUPRRESS**

Jose O. Rodriguez, being duly sworn deposes and says:

1. That I am the defendant in the above-named case.

2. That on or about June 6, 2004 I left my apartment on foot and was shortly thereafter picked up by an acquaintance who was driving by. The car was stopped by the Lowell police. We were ordered out and I was searched. The police found heroin.

3. On information and belief that I believe to be true the police did not have a warrant of any kind at this time. In discovery, the government has provided a Lowell police report; that report does not suggest that the police had a warrant at the time I was stopped and searched.

4. According to the Lowell police report, after I was arrested a search of my apartment was conducted pursuant to a warrant, and after the premises had been entered and secured.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS 22ND DAY OF MARCH, 2006.

/s/ Jose O. Rodriguez

Jose O. Rodriguez