# SEARCH WARRANT

| | TRIAL COURT OF MASSACHUSETTS |
|---|---|
| | District |
| | Lowell |

04 11 SRV 081

COMMONWEALTH

Proof by affidavit having been made this day before the undersigned that there is PROBABLE CAUSE to believe that the property described below:

- [ ] has been stolen, embezzled, or obtained by false pretenses.
- [X] is intended for use or has been used as the means of committing a crime.
- [X] has been concealed to prevent a crime from being discovered.
- [X] is unlawfully possessed or concealed for an unlawful purpose.
- [X] is evidence of a crime or is evidence of criminal activity
- [ ] other (specify) _____

**YOU ARE THEREFORE COMMANDED** within a reasonable time and in no event later than seven days from the issuance of this search warrant to search for the following property:

A.) Heroin a controlled substance as defined in MGL CH94C B.) Any and all proceeds, derived from the illegal sale of controlled substance or for the procurement of controlled substance C.) Any and all paraphernalia used in packaging, all records, photos, papers, documents, or software related to the distribution of controlled substance.

- [ ] at: 261 Aiken Ave. 2ND FLR FAR 2nd PEPH in the City of Lowell is a two and a half story, wood structure two-family home that is white in color. The numerical digits "262" are clearly mounted to the right side of the house. To enter in to 261 Aiken Ave on the second floor, you climb up a wooden staircase on the right hand side of the building. Once at the top of the stairs you enter through a sliding glass door. This door leads directly into the target apartment.

which is occupied by and/or in the possession of:

Jose Orlando Rodriguez

- [ ] on the person or in the possession of:

In testimony that the foregoing is a true copy on file and of record made by photographic process, I hereunto set my hand and affix the seal of the District Court of Lowell this ___ day of APR 7 2005

You [X] are [ ] are not    also authorized to conduct the search at any time during day or night.

You [ ] are [X] are not    also authorized to enter the premises without announcement

You [ ] are [X] are not    also commanded to search any person present who may be found to have such property in his or her possession or under his or her control or to whom such property may have been delivered.

YOU ARE FURTHER COMMANDED if you find such property or any part thereof, to bring it and the persons in whose possession it is found before the LOWELL Division of the District

JUNE 6, 2004

WITNESS: Neil J. Walker

x Janice C. Carroll
JANICE C. CARROLL

# RETURN OF OFFICER SERVING SEARCH WARRANT

*A search warrant must be executed as soon as reasonably possible after its issuance, and in any case must be returned not more than 7 days after its issuance. The executing officer must file his or her return with the court named in the warrant within 7 days after its execution. (Rule 41(f), Mass. R. Crim. P.)*

This search warrant was issued on June 6, 2004 , 19     , and I have executed it as follows:
                                    DATE

The following is an inventory of the property taken pursuant to this search warrant:

1. white block form substance believed to be heroin
2. clear plastic sandwich baggies
3. Personal papers
4. utility bills
5. airline receipt
6.
7.
8.
9.
10.
11.
12.
13.
14.
15.
16.
17.
18.
19.
20.

(attach additional pages as necessary)

In testimony that the foregoing is a true copy on file and of record made by photographic process, I hereunto set my hand and affix the seal of the District Court of Lowell this ___ day of APR 11 2006

This inventory was made in the presence of: Detectives Samaras, Figueroa, Hanson, Sgt. Trudel

I swear that this inventory is a true and detailed account of all the property taken by me on this search warrant.

| SIGNATURE OF PERSON MAKING SEARCH | DATE AND TIME OF SEARCH | SIGNATURE AND TITLE OF ISSUING OFFICER |
|---|---|---|
| X _(signature)_ | 6-06-04  2245 hrs | X _(signature)_ |
| PRINTED NAME OF PERSON MAKING SEARCH | TITLE OF PERSON MAKING SEARCH | |
| Christian I. Hanson | Det | 6/11/04 |

| APPLICATION FOR SEARCH WARRANT | TRIAL COURT OF MASSACHUSETTS |
| --- | --- |
| G.L. c. 276, §§ 1-7 | |
| NAME OF APPLICANT | District _____ COURT DEPARTMENT |
| Det. Felix Figueroa | Lowell _____ DIVISION |
| POSITION OF APPLICANT | SEARCH WARRANT DOCKET NUMBER |
| Detective | 04115W0081 |

I, the undersigned APPLICANT, being duly sworn, depose and say that:

1. I have the following information based upon the attached affidavit(s), consisting of a total of __4__ pages, which is (are) incorporated herein by reference.

2. Based upon this information, there is **PROBABLE CAUSE** to believe that the property described below:

   [ ] has been stolen, embezzled, or obtained by false pretenses.
   [X] is intended for use or has been used as the means of committing a crime.
   [X] has been concealed to prevent a crime from being discovered.
   [X] is unlawfully possessed or concealed for an unlawful purpose.
   [X] is evidence of a crime or is evidence of criminal activity.
   [ ] other (specify)..

3. I am seeking the issuance of a warrant to search for the following property (describe the property to be searched for as particularly as possible):

   A.) Heroin a controlled substance as defined in MGL CH94C B.) Any and all proceeds, derived from the illegal sale of controlled substance or for the procurement of controlled substance C.) Any and all paraphernalia used in packaging all records, photos, papers, documents, or software related to the distribution of controlled substance.

4. Based upon this information, there is also probable cause to believe that the property may be found (check as many as apply):

   [ ] at (identify the exact location or description of the place(s) to be searched): 261 Aiken Ave. 2nd Flr in the City of Lowell is a two and a half story, wood structure two-family home that is white in color. The numerical digits "262" are clearly mounted to the right side of the house. To enter in to 261 Aiken Ave on the second floor, you climb up a wooden staircase on the right hand side of the building. Once at the top of the stairs you enter through a sliding glass door. This door leads directly into the target apartment.
   which is occupied by and/or in the possession of:

   Jose Orlando Rodriguez

   [ ] on the person or in the possession of (identify any specific person):

   [ ] on any person present who may be found to have such property in his or her possession or her control or to whom such property may have been delivered

In testimony that the foregoing copy on file and of record made by photographic process, I hereunto set my hand and affix the seal of the District Court of Lowell this ___ day of APR 11 2006

THEREFORE, I respectfully request that the Court issue a Warrant and order of seizure, authorizing the search of the above described place(s) and person(s), ... to be searched, and directing that such property or evidence or any part thereof, if found, be seized and brought before the Court, together with such other and further relief that ...

[X] I have not previously submitted the same application.

FELIX A. FIGUEROA

X _Janice C. Canale_    6-6-04

# AFFIDAVIT OF FELIX A. FIGUEROA

*I Felix A. Figueroa, being duly sworn, depose and state under the pains and penalties of perjury, that the following is true and to the best of my knowledge.*

1.  I am a police officer with the City of Lowell Police Department. I have been a police officer in the City of Lowell for the past four years. I have been assigned to the Special Investigations Section as a detective for the last four years. I am working under the direct supervision of Sgt. James Trudel. Sgt. Trudel's experience in narcotics investigation is in excess of ten years. Prior to my employment as a Police Officer, I was a Corrections Officer at Walpole State Prison as well as with the Middlesex County Sheriff's Department. During my career as a Corrections Officer, I became aware of illegal narcotics trends and methods of distribution utilized by drug traffickers. As a Police Officer, I have been involved in the investigation of street level narcotics sales culminating in the arrest and conviction of suspected dealers. I have also been involved in large-scale drug trafficking investigations, which have also resulted in the arrests of suspected drug traffickers. One of the responsibilities of the Special Investigations Unit is investigating violations of the Controlled Substance Act. I also have a Bachelors Degree in Criminal Justice. I have received specialized training in all aspects of narcotic related crimes ie. Packaging, methods of distribution, and methods of concealing illegal drugs. I have also received training in interviewing and interrogation techniques from the Massachusetts Criminal Justice Training Council, Drug Enforcement Agency (DEA), and the Massachusetts State Police. During my career with the Lowell Police Department, I have also acted in an undercover capacity.

2. Within the past year, in April of 2003 I received a call from an informant that told me that it had knowledge of a drug distribution organization. This informant fears for its safety if its identity where known so for the duration of this report I shall refer to the informant as

1

CIB. CIB is a self-admitted drug user and therefore is familiar with the current methods of packaging and distribution that are utilized by drug dealers throughout the City of Lowell. During this conversation, CIB stated that it had first hand knowledge regarding an Hispanic male that it knows as "Orlando" who is approximately 6' 0" tall and is light complexion utilizes several drug runners to distribute heroin throughout the City of Lowell. As a result of this investigation the Hispanic male was identified as Jose Orlando Rodriguez 3-28-62, who lives at 261 Aiken Ave on the 2nd floor in the City of Lowell. During this investigation the Special Investigations Section also utilized another confidential source. This informant also feared for its safety and for the purposes of this affidavit I shall refer to this informant as CIC. CIC is also a self-admitted drug user so it is also familiar with the current methods of operation of drug dealers throughout the City of Lowell. According to this informant it stated that it purchased heroin on occasions from Jose Orlando Rodriguez directly from his residence at 261 Aiken Avenue on the 2nd floor. As a result of this investigation, search warrants where granted and executed at Jose Orlando Rodriguez's home and garage at which time a large quantity of heroin was seized from the home.

3.    On Sunday, June 06, 2004, at 18:48, members of the SIS and this Detective took surveillance positions around 261 Aiken Street that afforded us clear and unobstructed view of the address. At approximately 18:40, this Detective observed a Spanish Male, immediately recognized to be Jose Rodriguez, as walked from the rear right side of 261 Aiken Street. Rodriguez was wearing a red KANGO style cap and baggy red sweat pants. I then observed from my clear and unobstructed view as Rodriguez walked out to Aiken Street and was looking cautiously in all directions, with his right hand placed deeply in his right pants pocket. I then observed as Rodriguez began to walk in bound (south) on Aiken Street. It should be noted that he was still looking cautiously in all directions. It appeared to me that Rodriguez was anticipating the arrival of a vehicle or other person. I further observed as Rodriguez crossed Hildreth Street and upon seeing a black BMW he flagged the vehicle down. It should also be noted that this meet took place a block and a half away from his address. It should also be noted that Rodriguez has been observed on numerous occasions in the past driving different vehicles. This BMW (MA 43HN11) was driven by a lone Spanish Male, later identified as Santiago Navarro. The BMW was heading North On Aiken Street as it stopped at the Hildreth Street intersection. Rodriguez was then observed as he jogged around the front of the vehicle and quickly entered that passenger side

2

of the BMW. The vehicle then proceeded to drive in-bound on Aiken Street. It has been my experience, that Rodriguez's apprehensive and cautious manor was consistent with that of a drug dealer who is surveillance conscious. My observations combined with my knowledge of Rodriguez led me to believe that he was involved in an illicit narcotics transaction. A decision was then made to stop the vehicle and Detective Samaras contacted Lowell Dispatch to send a marked unit to assist in stopping the vehicle. Samaras and other members of the SIS followed the BMW as it left the area heading inbound over the Aiken Street Bridge towards the Downtown area. The BMW was stopped shortly after on Cabot Street just inbound from Hall Street with the aid of Detective Detective Chris Doolin. Doolin was able to pull behind the black BMW and engage his emergency lights and sirens on Cabot Street. At this time, the BMW pulled to the right and stopped. Detective Samaras, Figueroa, and myself approached the vehicle. Both occupants were asked to step from the vehicle and they complied. Detective Samaras conducted a pat frisk of Rodriguez and as he conducted this search a clear plastic baggie fell from Rodriguez's right leg. Criminal Detective Greg Hudon, who had just arrived on scene and was behind Samaras, informed him that he just saw the bag fall from Rodriguez's pant leg. Samaras then retrieved the baggie and observed that it contained a white rock and powder like substance. Based on Samaras's past training and experience, he recognized the bag to contain a "FINGER" of heroin. Detective Figueroa also located a clear plastic bag that contained a vegetable matter immediately recognized to be marijuana from the rear passenger seat pocket. The driver was found to have $1,430.00 U.S. on his person and Rodriguez was found to have $270.00 U.S. on him. Both monies were respectively seized as proceeds from illegal drug sales. It should be noted that both parties were placed into custody and transported to the station via wagon. It should be noted that Detective Figueroa was able to recover a small plastic carry case that was shoved under the driver seat of the BMW. At this time, Figueroa removed the carry case and could observe that it was heavy in weight and had a t-shirt stuffed in it. Figueroa known that firearms are often wrapped in clothes or towels to be concealed. Figueroa then discovered a loaded .22 revolver that was concealed in the shirt. Navarro was charged with the handgun when he admitted that he did not have a license to carry. The heroin was then weighed and found to be approximately 10 grams. It is my experience that 1 gram of heroin can make 50 bags of heroin in the Greater Lowell area. It is also my experience, that a bag of heroin has a street value of $10.00, which would make the value of this heroin $4,000.00 U.S. currency. This amount of heroin is consistent with that of distribution and not personal use. All contraband was tagged and placed into evidence per departmental policy. Subsequent to the defendant's arrest members of the SIS and this Detective traveled back to 261 Aiken Ave (Apt B) to

3

secure the address pending the issuance of a search warrant. We then entered the address to do a protective sweep and found the house to be devoid of other parties. The address was then secured from the outside.

4. Based on the above facts contained in this affidavit, I believe there is probable cause to issue a search warrant for 261 Aiken Avenue 2nd Floor in the City of Lowell for A.) Heroin, a controlled substance as defined in MGL CH 94C B.) Any and all proceeds derived from the illegal sale of controlled substance or for the procurement of controlled substance. C.) Any and all paraphernalia used in packaging, all records, photos, papers, documents, or software related to the distribution of controlled substance.

5. 261 Aiken Avenue in the City of Lowell is a two and a half story, wood structure two-family home that is white in color. The numerical digits "261" are clearly mounted the right side of the house. To enter in to 261 Aiken Avenue on the second floor, you climb up a wooden staircase on the right hand side of the building. Once at the top of the stairs you enter through a sliding glass door. This door leads directly into the target apartment.

6. DUE TO THE LATENESS OF THE NIGHT, and the fact that the PREMISES ARE SECURED I AM RESPECTFULLY REQUESTING A NIGHT TIME WARRANT TO BE ISSUED. F.A.F.

Then personally appeared before named Felix A. Figueroa and made oath that the foregoing affidavit by her subscribed is true.

_____  6-6-04
Signature of Affiant         Date

_____  6-6-04
Judge/Clerk Magistrate/Asst. Clerk Magistrate   Date

4