PAGE 1 OF 3

# INCIDENT / ARREST REPORT
Lowell Police Dept.
50 Arcand Drive
Lowell, MA 01852

☐ INCIDENT  ☒ ARREST
☐ JUVENILE  ☐ DOMESTIC
☐ HATE CRIME  ☐ INVOLVED ALCOHOL

DATE REPORTED: 04/18/2003
TIME REPORTED: 12:00

CASE NO: 03-7352

SECTOR: North  UNIT: vice

| OFFENSE | STATUTE | COMMITTED / ATTEMPTED |
|---|---|---|
| Def. #1 (Goulart) Poss. Cl A Heroin | 94/32 | COMMITTED ☒ ATTEMPTED ☐ |
| Poss. Cl A Heroin W/Int | 94/32 | COMMITTED ☒ ATTEMPTED ☐ |
| Poss. Cl A Heroin W/Int. 100 feet Park | 94/32 | COMMITTED ☒ ATTEMPTED ☐ |
| Conspiracy to violate controlled sub. law | 94/40 | COMMITTED ☒ ATTEMPTED ☐ |

DATE OCCURRED FROM: 4 18 2003 TO 4 18 2003
TIME OCCURRED FROM: 12 0 TO 12 0
4. LOCATION TYPE:

LOCATION OF OFFENSE: 261 Aiken Ave. 2nd Floor Lowell, Ma.

5. FORCED ENTRY: YES ☐  NO ☒  N/A ☐

OFFICER 1: Coughlin   BADGE # 556
OFFICER 2: Samaras    BADGE #

6. TYPE WEAPON: 1 NA
7. CALIBER/GAUGE:
8. FINISH:

NUMBER OF PERSONS PRESENT: 1
NUMBER OF OFFENSE: 4
NUMBER OF OFFENDERS: 2
NUMBER ARREST: 1

## PERSON 1
- 13. TYPE: A Arrestee  NUM: 3 Adult
- SOCIAL SECURITY #: [redacted]
- NAME: Goulart, Pamela
- 14. RACE: W White
- 15. SEX: F Female
- DOB: [redacted] ☐ ESTIMATED
- AGE: 50  HEIGHT: 5'02  WEIGHT: 160
- 15A. HAIR: Brown  15B. EYES: Brown
- ADDRESS: 261 Aiken Ave. 2nd Fl.  CITY: Lowell  STATE: Ma

## PERSON 2
- 13. TYPE: S Suspect  NUM: 3 Adult
- SOCIAL SECURITY #: [redacted]
- NAME: Rodriguez, Jose
- 14. RACE: H Hispanic
- 15. SEX: M Male
- DOB: [redacted] ☒ ESTIMATED
- AGE: 41  HEIGHT: 5'11  WEIGHT: 200
- 15A. HAIR: Brown  15B. EYES: Brown
- ADDRESS: 261 Aiken Ave. 2nd Floor  CITY: Lowell  STATE: Ma

## PERSON 3
(blank)

LPD A0/01 Rev. 11/02                                                                                    ©2002 eFORMandFUNCTION.com

0000001247

INCIDENT / ARREST REPORT      PAGE 2 OF 3      CASE NO: 03-7352

**PROPERTY**

| CATEGORY (STLN, RECVD, LOST, DAMAGED, ETC.) | PROPERTY DESCRIPTION (INCLUDING MODEL NO.) | SERIAL NUMBER | PROPERTY OR LOSS VALUE |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

| DRUG TYPE | DRUG ACTIVITY |
|---|---|
| MO    Describe Other _____ | POE    Describe Other _____ |

| CRIME SCENE: ROLL # ____ | PHOTOS TAKEN YES ☐ NO ☐ | BY WHOM? ____ | DUSTED FOR LATENT PRINTS YES ☐ NO ☐ | PRINTS SUBMITTED YES ☐ NO ☐ | BY WHOM? ____ |
|---|---|---|---|---|---|

| VEHICLE | | | | PERSON (INDICATE PERSON TO WHOM VEHICLE INFO APPLIES) | | | |
|---|---|---|---|---|---|---|---|
| YEAR | MAKE | MODEL | TYPE | COLOR | PLATE | | STATE |
| VIN | | | | INSURANCE COMPANY | | | |

NARRATIVE:

On 04-18-03 while assigned to the SIU, we traveled to 261 Aiken Avenue 2nd floor apartment, to execute LDC Search Warrant number 0311SW050. The targets of this investigation were Jose Rodriguez and Pamela Goulart, (see Detectives Figueroa's affidavit outlining the investigation and probable cause for the warrant). Upon our arrival we knocked at the door, which was answered by Ms. Goulart. She then opened the door at which point we stated, "Lowell Police, we have a search warrant for your residence". Ms. Goulart then allowed us entry into the residence and was given a copy of the search warrant to review. I then read Goulart her Miranda warning and asked if she understood her rights. Ms. Goulart stated that she did. When asked if there were any narcotics in the house she stated, "sometimes he keeps it in the cookie jar". Ms. Goulart stated that she was referring to her live-in boyfriend, Jose Rodriguez. Goulart admitted to being a Heroin user and was also found to have seven open bags in her left front pocket. A search of the residence produced 49 clear heat sealed bags branded "spaceman" containing a white powder substance we recognized to be Heroin and, a clear plastic bag containing a brownish powder substance believed to be uncut Heroin. This was found in the suspect's bedroom by Detective Samaras. Also seized from this same bedroom was $5,817.00. Located in the kitchen were 28 identical bags containing the same white powder substance, and a notebook containing what appeared to be drug ledgers. These items were found by Detective Hulgren. Personal papers in the name of Pamela Goulart and Jose Rodriguez were also taken from both the bedroom and kitchen area of the house. Ms. Goulart had $108.00 in U.S. Currency on her person. This money was seized believed to be proceeds from prior narcotic sales. Sgt. Trudel located one Tanika Digital scale commonly used for weighing narcotics prior to street level distribution. Ms. Goulart was arrested and transported via the wagon to the station for processing. I have filed a complaint application for Mr. Rodriguez who was not home at the time of the search warrant. It should be noted that the suspect address is located within 100 feet of the Hovey field and playground. All evidence was tagged and submitted per departmental policy. Two of the suspects vehicles were towed pending forfeiture. Sgt. Trudel located what he recognized to be drug ledgers in the ashtray of a black Mazda convertible registered to Jose Rodriguez.

LPD 73/01 Rev. 11/02      ©2002 ci OrcMundo LANGTR------

0000001248