**U.S. Department of Justice**
Drug Enforcement Administration

# REPORT OF INVESTIGATION

Page 1 of 3

| 1. Program Code | 2. Cross File | Related Files | 3. File No. | 4. G-DEP Identifier |
|---|---|---|---|---|
| 5. By: Glen C. Coletti<br>At: Special Agent<br>Lowell, MA - CBI | ☐<br>☐<br>☐ | | 6. File Title | |
| 7. ☐ Closed  ☐ Requested Action Completed<br>☐ Action Requested By: | ☐<br>☐ | | 8. Date Prepared<br>06/10/04 | |

9. Other Officers: TFA Terry Hanson, S/A Robert Kew, Sgt Frank Waterman (CBI), Lowell (MA) Police Detectives Ray Cormier. Felix Figueroa

10. Report Re: 6-06-2004 Surveillance of Julio SANTIAGO, Jose RODRIGUEZ and Santiago NAVARRO. Surv. leading to the Exec. of MA/State SSW at 261 Aiken St., 2nd floor, Lowell, MA

**DETAILS**

1. Reference is made to all Reports of Investigation (ROI's) previously written to the above listed Case File Number/Title.

2. On 6-06-2004 at approximately 11:54am, TFA Marcos Chavez (wire room) intercepted Call #153, outgoing (O/C) to (978)982-0573, subscribed to by Jose RODRIGUEZ at 261 Aiken Avenue, Lowell, MA. The callers were identified by TFA Chavez as; Julio SANTIAGO to Jose RODRIGUEZ. TFA Chavez advised S/A Coletti, that during a guarded conversation, SANTIAGO asked RODRIGUEZ if he would be home, where he (RODRIGUEZ) responded yes. SANTIAGO told RODRIQUEZ that he needed to go to the ATM and take out sixty dollars ($60.00) from the bank. TFA Marcos (TKE) understood the sixty dollar comment from SANTIAGO to be code for sixty grams of heroin.

3. As a result of information provided by TFA CHAVEZ (wire room), surveillance was established in the area of 270 Fairmount Street, Fitchburg, MA. At approximately 2:45pm, Det. Chris Hanson (LPD) observed SANTIAGO arrive at 270 Fairmount St. operating his blue Plymouth mini-van bearing MA registration; 5133XA.

4. At approximately 3:00pm, Det. Hanson observed SANTIAGO's Plymouth mini-van depart 270 Fairmount Street. Surveillance was unable to

| 11. Distribution:<br>Division   NEFD<br>District<br>Other   HQS: SARI | 12. Signature (Agent)<br>S/A Glen C. Coletti | 13. Date<br>6-10-04 |
|---|---|---|
| | 14. Approved (Name and Title)<br>Matthew Carbone<br>Group Supervisor | 15. Date<br>6/10/04 |

DEA Form - 6
(Jul. 1996)
GCC
1 - Prosecutor

**DEA SENSITIVE**
Drug Enforcement Administration

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

0000001461

**U.S. Department of Justice**
Drug Enforcement Administration

| | 1. File No. | 2. G-DEP Identifier |
|---|---|---|
| **REPORT OF INVESTIGATION** *(Continuation)* | 3. File Title | |
| 4. Page 2 of 3 | | |
| 5: Program Code | 6. Date Prepared 06/10/04 | |

    successfully follow SANTIAGO, and lost his vehicle near the Route 2 corridor.

5. At approximately 4:00pm, above listed agents/officers established surveillance at 261 Aiken Avenue, Lowell, MA. At approximately 4:06pm, S/A Robert Kew observed SANTIAGO arrive in the area of 261 Aiken Avenue (blue Plymouth). At approximately 4:07pm, TFA Marcos Chavez (wire room) intercepted Call #179, outgoing (O/C) to (978)982-0573 (RODRIGUEZ) at 261 Aiken Avenue, Lowell, MA. The callers were again identified by TFA Chavez as; Julio SANTIAGO to Jose RODRIGUEZ. TFA Chavez advised S/A Coletti, that during this conversation, SANTIAGO told RODRIGUEZ that he was outside his house, which coincided with S/A Kews observations. Surveillance followed SANTIAGO a short distance until he eventually parked in front of 161 Aiken Ave. Reference should be made to Call #179 for further details.

6. At approximately 4:10pm, S/A Kew observed SANTIAGO exit the Plymouth, tuck an object under his jacket and approach the premise. At approximately the same time, Det. Felix Figueroa observed SANTIAGO walk along the side of the residence to the rear door. Det. Figueroa observed SANTIAGO walked up the rear stairs to the second floor.

7. At approximately 4:35pm, Det. John Samaras (LPD) observed SANTIAGO exit 261 Aiken Ave., 2nd floor and return to his vehicle. Per TFA Marcos (wire room) SANTIAGO was going to the "BANY Restaurant", located in downtown Lowell, MA. Surveillance of SANTIAGO was subsequently terminated.

8. At approximately 5:40pm, S/A Coletti observed Wilfredo RODRIGUEZ (DOB) 3-21-54, hereinafter referred to as W. RODRIGUEZ, depart the 1st floor apartment with an unknown Hispanic female (H/F). * Agent Note * W. RODRIGUEZ is known to investigators as being associated with 212 Wilder Street, Lowell, MA. S/A Coletti observed both enter a red, Ford Ranger pickup truck with unknown Massachusetts plates.

9. At approximately 6:38pm, Det. Hanson observed Jose RODRIGUES, described as wearing a red hat and red pants, exit the house and begin walking on Aiken Avenue toward downtown Lowell. Det. Hanson reported

DEA Form - 6a
(Jul. 1996)

**DEA SENSITIVE**
Drug Enforcement Administration

1 - Prosecutor

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

0000001462

**U.S. Department of Justice**
Drug Enforcement Administration

| | 1. File No. | 2. G-DEP Identifier |
|---|---|---|
| **REPORT OF INVESTIGATION** *(Continuation)* | | |
| | 3. File Title | |
| 4. Page 3 of 3 | | |
| 5. Program Code | 6. Date Prepared 06/10/04 | |

that RODRIGUEZ appeared to be looking around cautiously (all direction), with his right hand in his pant pocket. RODRIGUEZ' identity was confirmed by Det. Figueroa.

10. At approximately 6:40pm, Det. Hanson and Det. Figueroa observe Jose RODRIGUEZ hand gesture/flag down a black BMW. Surveillance units followed the BMW across the Aiken Ave bridge (inbound Lowell), left onto Hall Street and right onto Cabot Street, where the vehicle was subsequently stopped by members of the Lowell (MA) PD Criminal Bureau.

11. As a result, Jose RODRIGUEZ and the operator of the vehicle, subsequently identified as; Santiago NAVARRO, were arrested on various CDS and firearms related violations. For further details, reference should Lowell Police Department Incident Report.

**INDEXING**

1.
2.
3.
4.



DEA Form - 6a
(Jul. 1996)

**DEA SENSITIVE**
Drug Enforcement Administration

**1 - Prosecutor**

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

0000001463