# INCIDENT / ARREST REPORT
**Lowell Police Dept.**
50 Arcand Drive
Lowell, MA 01852

- ☐ INCIDENT   ☒ ARREST
- ☐ JUVENILE   ☐ DOMESTIC
- ☐ HATE CRIME   ☐ INVOLVED ALCOHOL

**DATE REPORTED:** 06/06/2004
**TIME REPORTED:** 18:48

**CASE NO:** 04-10004
**SECTOR:** East  **UNIT:** VICE

| OFFENSE | STATUTE | |
|---|---|---|
| DEF#1,2 POSS C/A HEROIN W/I TO DIST/SCHOOL ZONE/CONSP | 94C,32E/94C,32J/94C,40 | COMMITTED ☒ ATTEMPTED ☐ |
| DEF#2 ILL POSS FIREARM/ILL POSS AMMO/POSS C/D MARIJUAN | 269,10a/269,10a/94C,34 | COMMITTED ☒ ATTEMPTED ☐ |
| | | COMMITTED ☐ ATTEMPTED ☐ |
| | | COMMITTED ☐ ATTEMPTED ☐ |

**DATE OCCURRED FROM:** MONTH 6 DAY 6 YEAR 4   **TO:** MONTH DAY YEAR
**TIME OCCURRED FROM:** HOUR MIN   **TO:** HOUR MIN
**4. LOCATION TYPE:** 26 Highway/Roadway

**LOCATION OF OFFENSE:** CABOT STREET/HALL STREET
**5. FORCED ENTRY:** YES ☐ NO ☒ N/A ☐

**OFFICER 1:** HANSON, CHRISTIAN DET   **BADGE #** 636
**OFFICER 2:** SAMARAS, JOHN DET   **BADGE #** 592

**6. TYPE WEAPON:** 01 Handgun   **7. CALIBER/GAUGE:** .22   **8. FINISH:** Blue

**NUMBER OF PERSONS PRESENT:** 2   **NUMBER OF OFFENSE:** 4   **NUMBER OF OFFENDERS:** 2   **NUMBER ARREST:** 2

## PERSON 1
- **13. TYPE:** A Arrestee   **NUM:** 3 Adult
- **NAME:** RODRIGUEZ, JOSE
- **14. RACE:** H Hispanic   **15. SEX:** M Male   **DOB:** ☒ ESTIMATED   **HEIGHT:** 5'10"   **WEIGHT:** 180
- **15A. HAIR:** Black   **15B. EYES:** Brown
- **17. INJURY EXTENT:** 0 None
- **ADDRESS:** 261 AIKEN AVE   **CITY:** LOWELL   **STATE:** MA
- **22. FOUL PLAY SUSPECTED:** 02 No
- **PLACE OF BIRTH:** PR

## PERSON 2
- **13. TYPE:** A Arrestee   **NUM:** 3 Adult
- **NAME:** NAVARRO, SANTIAGO
- **14. RACE:** H Hispanic   **15. SEX:** M Male   **DOB:** ☐ ESTIMATED   **HEIGHT:** 5'10"   **WEIGHT:** 150
- **15A. HAIR:** Black   **15B. EYES:** Brown
- **ADDRESS:** 229 18TH STREET   **CITY:** DRACUT   **STATE:** MA
- **22. FOUL PLAY SUSPECTED:** 02 No
- **PLACE OF BIRTH:** PR

## PERSON 3
(blank)

LPD A5/01 Rev. 11/02   ©2002 eFORMandFUNCTION

0000001240

INCIDENT / ARREST REPORT                    PAGE 2 OF 3              CASE NO. 04-17,04

## PROPERTY

| CATEGORY (STLN, RECVD, LOST, DAMAGED, ETC.) | PROPERTY DESCRIPTION (INCLUDING MODEL NO.) | SERIAL NUMBER | PROPERTY OR LOSS VALUE |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

| DRUG TYPE | DRUG ACTIVITY |
|---|---|
| MO  Describe Other _____ | POE  Describe Other _____ |

CRIME SCENE  PHOTOS TAKEN  YES ☐  NO ☐   BY WHOM? _____    DUSTED FOR LATENT PRINTS  YES ☐  NO ☐    PRINTS SUBMITTED  YES ☐  NO ☐   BY WHOM? _____
ROLL # _____

VEHICLE                                         PERSON (INDICATE PERSON TO WHOM VEHICLE INFO APPLIES)

| YEAR | MAKE | MODEL | TYPE | COLOR | PLATE | STATE |
|---|---|---|---|---|---|---|
| 94 | BMW | 525I | PASS | BLK | 43HN11 | MA |

| VIN | INSURANCE COMPANY |
|---|---|

NARRATIVE:

On the above date and time, while assigned to the Lowell Police Department Special Investigations Unit, this Detective received information that a Jose Rodriguez was selling heroin from his 261 Aiken Street, second floor apartment in Lowell. Rodriguez is a known drug dealer to members of the SIS and he has open drug cases in Lowell Superior court system. Mr Rodriguez has been under investigation by the Lowell Police SIS for the past year in regards to the sale of heroin in the Greater Lowell area. We have conducted surveillance in the past of Mr Rodriguez an recent arrests have been made of other parties where heroin was seized. Rodriguez was believed t be the source of this heroin which was recovered from these parties. As part of this investigati surveillance was conducted of 261 Aiken Street at this time.

On Sunday, June 06, 2004, at 18:48, members of the SIS and this Detective took surveillance positions around 261 Aiken Street that afforded us clear and unobstructed view of the address. A approximately 18:40, this Detective observed a Spanish Male, immediately recognized to be Jose Rodriguez, as walked from the rear right side of 261 Aiken Street. Rodriguez was wearing a red KANGO style cap and baggy red sweat pants. I then observed from my clear and unobstructed view a Rodriguez walked out to Aiken Street and was looking cautiously in all directions, with his right hand placed deeply in his right pants pocket. I then observed as Rodriguez began to walk in boun (south) on Aiken Street. It should be noted that he was still looking cautiously in all directions. It appeared to me that Rodriguez was anticipating the arrival of a vehicle or other person. I further observed as Rodriguez crossed Hildreth Street and upon seeing a black BMW he flagged the vehicle down. It should also be noted that this meet took place a block and a half away from his address. It should also be noted that Rodriguez has been observed on numerous occasions in the past driving different vehicles. This BMW (MA 43HN11) was driven by a lone Spanish Male, later identified as Santiago Navarro. The BMW was heading North On Aiken Street as it stopped at the Hildreth Street intersection. Rodriguez was then observed as he jogged around the front of the vehicle and quickly entered that passenger side of the BMW. The vehicle then proceeded to drive in bound on Aiken Street. It has been my experience, that Rodriguez's apprehensive and cautious manor was consistent with that of a drug dealer who is surveillance conscious. My observations combined with my knowledge of Rodriguez led me to believe that he was

LPD A5/01 Rev. 11/02                                                                       ©2002 ei ORMandFUNCTIO

0000001241

INCIDENT/ARREST REPORT                    PAGE 3 OF 3            CASE NO: 04-10004

involved in an illicit narcotics transaction. A decision was then made to stop the vehicle and Detective Samaras contacted Lowell Dispatch to send a marked unit to assist in stopping the vehicle. Samaras and other members of the SIS followed the BMW as it left the area heading inbound over the Aiken Street Bridge towards the Downtown area. The BMW was stopped shortly after on Cabot Street just inbound from Hall Street with the aid of Detective Detective Chris Doolin. Doolin was able to pull behind the black BMW and engage his emergency lights and sirens on Cabot Street. At this time, the BMW pulled to the right and stopped. Detective Samaras, Figueroa, and myself approached the vehicle. Both occupants were asked to step from the vehicle and they complied. Detective Samaras conducted a pat frisk of Rodriguez and as he conducted this search a clear plastic baggie fell from Rodriguez's right leg. Criminal Detective Greg Hudon, who had just arrived on scene and was behind Samaras, informed him that he just saw the bag fall from Rodriguez's pant leg. Samaras then retrieved the baggie and observed that it contained a white rock and powder like substance. Based on Samaras's past training and experience, he recognized the bag to contain a "FINGER" of heroin. Detective Figueroa also located a clear plastic bag that contained a vegetable matter immediately recognized to be marijuana from the rear passenger seat pocket. The driver was found to have $1,430.00 U.S. on his person and Rodriguez was found to have $270.00 U.S. on him. Both monies were respectively seized as proceeds from illegal drug sales. It should be noted that both parties were placed into custody and transported to the station via wagon. It should be noted that Detective Figueroa was able to recover a small plastic carry case that was shoved under the driver seat of the BMW. At this time, Figueroa removed the carry case and could observe that it was heavy in weight and had a t-shirt stuffed in it. Figueroa known that firearms are often wrapped in clothes or towels to be concealed. Figueroa then discovered a loaded .22 revolver that was concealed in the shirt. Navarro was charged with the handgun when he admitted that he did not have a license to carry. The heroin was then weighed and found to be approximately 10 grams. It is my experience that 1 gram of heroin can make 50 bags of heroin in the Greater Lowell area. It is also my experience, that a bag of heroin has a street value of $10.00 which would make the value of this heroin $4,000.00 U.S. currency. This amount of heroin is consistent with that of distribution and not personal use. All contraband was tagged and placed into evidence per departmental policy.

   Subsequent to the defendant's arrest members of the SIS and this Detective traveled back to 261 Aiken Ave (Apt B) to secure the address pending the issuance of a search warrant. We then entered the address to do a protective sweep and found the house to be devoid of other parties. The address was then secured from the outside. It should be noted that the Lowell Day care was located well within 1000 feet from the arrest.

| | | | |
|---|---|---|---|
| REPORTING OFFICER | HANSON, CHRISTIAN DET | DATE REPORTED | 06/06/2004 |
| REPORTING OFFICER | SIGNATURE | OFFICER BADGE 636 | DATE 6-06-04 |
| REVIEWING SUPERVISOR | SIGNATURE | OFFICER BADGE 181 | DATE 6-6-04 |

©2002 eFORMandFUNCTION.com

0000001242