U.S. Department of Justice
Drug Enforcement Administration

## REPORT OF INVESTIGATION

Page 1 of 2

| 1. Program Code | 2. Cross File | Related Files | 3. File No. | 4. G-DEP Identifier |
|---|---|---|---|---|
| 5. By: TFA Marcos Chavez<br>At: TF4-CBI<br>Lowell, MA | | | 6. File Title | |
| 7. ☐ Closed  ☐ Requested Action Completed<br>☐ Action Requested By: | | | 8. Date Prepared<br>06-07-2004 | |

9. Other Officers: TFA Terry Hanson.

10. Report Re: Post-arrest statements of Jose Orlando RODRIGUEZ FERRER.

**DETAILS**

1. Reference is made to DEA-6 submitted by TFA Terry Hanson titled: Arrest of Jose Orlando RODRIGUEZ FERRER and Santiago Raul NAVARRO FIGUEROA in Lowell, MA, on Sunday, 06-06-2004.

2. On the evening of Sunday, 06-06-2004, Jose Orlando RODRIGUEZ FERRER and Santiago Raul NAVARRO FIGUEROA were arrested on Cabot Street near Hall Street in Lowell, MA, by members of the Lowell Police Department's Special Investigations Section (SIS). RODRIGUEZ FERRER, the passenger in the vehicle driven by NAVARRO FIGUEROA, was found to have one heroin "finger" (ten grams) in his possession, while NAVARRO FIGUEROA had a .22 revolver wrapped in a shirt hidden under the driver's seat. The car in question was a 1994 black BMW 525I Massachusetts registration 43HN11, actively registered to Tammy HOTTE, DOB: ███████, License #: ███████, from 229 18th St Apartment #102 in Dracut, MA.

3. Both RODRIGUEZ FERRER and NAVARRO FIGUEROA were transported to the Lowell Police cellblock for booking and detention. There, TFA Marcos Chavez, fluent in Spanish, advised RODRIGUEZ FERRER the serious pending charges and read his Miranda Rights to him in Spanish. RODRIGUEZ FERRER stated that he understood his rights, however refused to sign the card. TFA Chavez advised RODRIGUEZ FERRER that he would not ask him any questions regarding the arrest. RODRIGUEZ FERRER, without being questioned, voluntarily said in Spanish: **"DE ESTO NO LE PUEDO HECHAR LA CULPA A NADIE. EL DEDO LO ENCONTRARON EN MI PERSONA, PERO YO NO ESTABA**

| 11. Distribution:<br>Division  NEFD / INTEL<br>District<br>Other  HQS: SARI | 12. Signature (Agent)<br>TFA Marcos Chavez | 13. Date<br>06-07-04 |
|---|---|---|
| | 14. Approved (Name and Title)<br>G/S Matthew J. Carbone | 15. Date<br>6/7/04 |

DEA Form -6
(Jul. 1996)
mc

1 - Prosecutor

**DEA SENSITIVE**
Drug Enforcement Administration

This report is the property of the Drug Enforcement Administration.

0000000930

U.S. Department of Justice
Drug Enforcement Administration

### REPORT OF INVESTIGATION
*(Continuation)*

| 1. File No. | 2. G-DEP Identifier |
|---|---|
| ▇▇▇ | ▇▇▇ |
| 3. File Title | |
| ▇▇▇ | |

4. Page 2 of 2

5. Program Code

6. Date Prepared
06-07-2004

GUIANDO." The statement is translated as: "I CAN NOT BLAME ANYONE FOR THIS. THEY FOUND THE FINGER ON ME, BUT I WASN'T DRIVING."

4. TFA Chavez again advised RODRIGUEZ FERRER that he could not ask him questions about the incident and returned him back to his cellblock.

### INDEXING

1. ▇▇▇

2. ▇▇▇



### VEHICLE INDEXING

1. 1994 BMW 525I Sedan Black - ▇▇▇.
   Massachusetts Registration 43HN11
   HOTTE, Tammy; DOB: ▇▇▇; License#: ▇▇▇
   229 18th St, Apt#102
   Dracut, MA 01826-5173.01826-5173.

DEA Form - 6a
(Jul. 1996)

**DEA SENSITIVE**
Drug Enforcement Administration

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

**1 - Prosecutor**

0000000931