| U.S. Department of Justice | PROCESS RECEIPT AND RETURN |
|---|---|
| United States Marshals Service | |

| PLAINTIFF<br>UNITED STATES OF AMERICA | COURT CASE NUMBER 04CR10336-NM<br><s>CR No. 03-30017-MAP</s> |
|---|---|
| DEFENDANT<br>JOSE TORRADO, et al., | TYPE OF PROCESS  Dismissal of<br>Forfeiture |

| SERVE<br>▶<br>AT | NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN<br><br>One Gray 2004 Toyota Matrix, Vehicle Identification No. 2T1KY32E54C212352, and Massachusetts Registration No. 44HR35, registered in the name of Harry Medina, and seized from 22 Baldwin Street, Lowell, Massachusetts on June 28, 2005 |
|---|---|
| | ADDRESS (Street or RFD, Apartment No., City, State, and ZIP Code) |

| SEND NOTICE OF SERVICE TO REQUESTER AT NAME AND ADDRESS BELOW: | Number of process to be served<br>with this Form - 285 | |
|---|---|---|
| Jennifer H. Zacks, Assistant U.S. Attorney<br>United States Attorney's Office<br>John Joseph Moakley United States Courthouse<br>1 Courthouse Way, Suite 9200<br>Boston, MA  02210 | Number of parties to be served<br>in this case | |
| | Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Address, All Telephone Numbers, and Estimated Times Available For Service)

Please coordinate the return of the above-referenced Toyota Matrix to the owner, Henry Medina, with the U.S. Drug Enforcement Administration, pursuant to the attached letter from the United States Attorney's Office and applicable law.

CATS No. 05-DEA-454232                                                                                     LJT x3283

| Signature of Attorney or other Originator requesting service on behalf of:<br>*Jennifer H. Zacks/LJT* | ☒ PLAINTIFF<br>☐ DEFENDANT | TELEPHONE NUMBER<br>(617) 748-3100 | DATE<br>June 30, 2006 |
|---|---|---|---|

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated.<br>(Sign only first USM 285 if more than one USM 285 is submitted) | Total Process<br>No. | District of Origin<br>No. 38 | District to Serve<br>No. 38 | Signature of Authorized USMS Deputy or Clerk | Date<br>7/19/06 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc. at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

| Name and title of individual served (If not shown above) | ☐ A person of suitable age and discretion then residing in the defendant's usual place of abode. | |
|---|---|---|
| Address (complete only if different than shown above) | Date of Service<br>7/25/06 | Time     am<br>         pm |
| | Signature of U.S. Marshal or Deputy | |

| Service Fee | Total Mileage Charges<br>(including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount Owed to US Marshal or | Amount or Refund |
|---|---|---|---|---|---|---|

REMARKS:  7/24/06 Returned to DEA for release to owner.                                    (6)

| PRIOR EDITIONS MAY<br>BE USED | 1. CLERK OF THE COURT | FORM USM 285 (Rev. 12/15/80) |
|---|---|---|

☐ USMS RECORD    ☐ NOTICE OF SERVICE    ☐ BILLING STATEMENT    ☐ ACKNOWLEDGMENT OF RECEIPT