UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>   ) <br>    v.                ) <br>   ) <br> JULIO SANTIAGO, et al.  ) | CRIMINAL NO.: 04-10336-NMG |

**UNITED STATES'NOTICE OF ADDITIONAL WITNESS**

The United States of America, Michael J. Sullivan, United States Attorney for the District of Massachusetts, and William F. Bloomer, Assistant U.S. Attorney, hereby notifies the parties of the possibility that the following individual may be called as a witness at trial in the above-captioned matter.

1. Trooper David Napolitano
   Massachusetts State Police

                          MICHAEL J. SULLIVAN
                          United States Attorney


                    By:   /s/ William F. Bloomer
                          WILLIAM F. BLOOMER
                          Assistant U.S. Attorney


**CERTIFICATE OF SERVICE**

   I, William F. Bloomer, hereby certify that this document filed through the ECF system on October 15, 2006, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and paper copies will be sent to those indicated as non registered participants this date via US Postal Service, postage prepaid.


                          /s/William F. Bloomer
                          WILLIAM F. BLOOMER

Date: 15 October 2006