UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>V.            )<br>)<br>JOSE O. RODRIGUEZ         ) | CRIMINAL ACTION<br>No. 04-10336-NMG |

## MOTION TO CONTINUE SENTENCING

Now comes the defendant in the above-named case and respectfully moves this Honorable Court to continue his sentencing date. In support thereof defense counsel says that he has been on trial since February 1, 2007 in the Suffolk County Superior Court in a murder case, and that said case is still ongoing (jury deliberations). The Presentence Report was received after said trial began and defense counsel has not had an opportunity to digest said report, research the legal issues raised by said report, discuss said report with the defendant, or file his objections to said report. The defendant requests only a short continuance in the range of two to four weeks so that he can properly prepare for his sentencing hearing. Defense counsel further says that should his jury return a verdict today, he has been ordered to begin a trial in the Edgartown District Court on this Friday, and that said trial, in counsel's opinion, could easily take two days.

Respectfully submitted,
By his attorney,

/s/ Robert Sheketoff
Robert Sheketoff
BBO No. 457340
One McKinley Square
Boston, MA 02109
(617) 367-3449