UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | CRIMINAL ACTION |
| | ) | No. 04-10336-NMG |
| JOSE O. RODRIGUEZ | ) | |

**MOTION TO LATE FILE OBJECTIONS TO PRESENTENCE REPORT
AND THE DEFENDANT'S OBJECTIONS THERETO**

Now comes the defendant in the above-named case and respectfully moves this Honorable Court to permit him to late file these objections to the Presentence Report. Said Report was filed with the parties just as the defendant's counsel began a two month murder trial in the Suffolk Superior Court. The objections filed herewith are important to protect the defendant's due process rights to a fair sentencing hearing.

1. Paragraph (131): The defendant objects to the base offense level calculation and asserts that the quantity attributable to him is less than 100 grams.

2. Paragraph (135): The defendant objects to the failure to assign him a mitigation role pursuant to §3B1.2.

3. Paragraph (140): For the reasons stated above the defendant objects to this calculation.

4. Paragraph (141): The defendant asserts that the career offender guideline does not apply.

5. Paragraph (142): The defendant asserts that it is inappropriate to apply the offense statutory maximum of life when his offense conduct is no more than 400 grams.

6. Paragraph (212): The defendant objects to this calculation since he is not a career offender.

7. Paragraphs (231) and (234): There are many factors that would warrant departure and/or a sentence outside of the advisory guideline range including but not limited to the

defendant's health, addiction, the need to harmonize sentences between similarly situated defendants, the unfairness of the career offender computation here.

                          Respectfully submitted,

       By his attorney,

       <u>/s/ Robert Sheketoff</u>
       Robert Sheketoff
       BBO No. 457340
       One McKinley Square
       Boston, MA 02109
       (617) 367-3449