UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES | ) | |
| | ) | |
| v. | ) | Crim. No. 04-10336-NMG |
| | ) | |
| JOSE O. RODRIGUEZ | ) | |

**DEFENDANT'S MOTION TO BE
PERMITTED TO PROCEED IN FORMA PAUPERIS**

Now comes the defendant in the above-named case and respectfully moves this Honorable Court to permit him to proceed in forma pauperis. In support thereof the defendant says as follows.

1. That he was initially found indigent and given court appointed counsel.

2. That his family then retained counsel for his trial.

3. That he remains indigent and can not afford the filing fee for his appeal or the transcript.

Respectfully submitted,

/s/ Robert L. Sheketoff
Robert L. Sheketoff
One McKinley Sq.
Boston, MA  02109
(617) 367-3449
BBO # 457340