UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES ) | |
| ) | |
| v. ) | Crim. No. 04-10336-NMG |
| ) | |
| JOSE O. RODRIGUEZ ) | |

**DEFENDANT'S NOTICE OF APPEAL**

Now comes the defendant in the above-named case and respectfully notes his appeal to the United States Court of Appeals for the First Circuit from the judgment and sentence announced by this Honorable Court on May 31, 2007.

Respectfully submitted,

/s/ Robert L. Sheketoff
Robert L. Sheketoff
One McKinley Sq.
Boston, MA  02109
(617) 367-3449
BBO # 457340