CM/ECF - USDC Massachusetts - Version 3.0.5 - Docket Report
Case 1:04-cr-10336-NMG   Document 402-2   Filed 07/02/2007   Page 1 of 20
Page 1 of 20

APPEAL, INTI

# United States District Court
# District of Massachusetts (Boston)
# CRIMINAL DOCKET FOR CASE #: 1:04-cr-10336-NMG-4

Case title: USA v. Santiago et al
Magistrate judge case number: 1:04-mj-00500-RBC

Date Filed: 11/10/2004

Assigned to: Judge Nathaniel M. Gorton

**Defendant**

**Jose Rodriguez** (4)    represented by **Robert L. Sheketoff**
One McKinley Square
Boston, MA 02109
617-367-3449
Fax: 617-723-1710
Email: sheketoffr@aol.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Valerie S. Carter**
Carter & Doyle, LLP
Lexington Office Park
Suite 195
430 Bedford Street
Lexington, MA 02420
781-861-0064
Fax: 781-861-0065
Email: vcarter@carterdoyle.com
*TERMINATED: 02/10/2006*
*Designation: CJA Appointment*

**Pending Counts**

21:846 CONSPIRACY TO Possess with Intent to DISTRIBUTE and Distribute Heroin
(1)

21:846 Conspiracy to Possess with Intent to Distribute and Distribute Heroin
(1s)

**Disposition**

TOL 37, CHC VI; 360- LIFE. Court rules on objections to PSR's and hears sentencing recommendations. On Cour 1s; 264 months BOP, 500 hour drug program. Supervised Release; 8 years. Submit to DNA sample. 50 tests per

year.

## Highest Offense Level (Opening)

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

## Highest Offense Level (Terminated)

None

| **Complaints** | **Disposition** |
|---|---|
| 21 USC 846, 841(a)(1) - Conspiracy to possess with intent to distribute and distrubute a mixture or substance containing a detectable amount of heroin, a Schedule 1 controlled substance | |

## Plaintiff

| USA | represented by | **Denise J. Casper**<br>United States Attorney's Office<br>John Joseph Moakley Federal Courthouse<br>1 Courthouse Way<br>Suite 9200<br>Boston, MA 02210<br>617-748-3120<br>Fax: 617-748-3965<br>*TERMINATED: 07/22/2005*<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**William F. Bloomer**<br>United States Attorney's Office<br>Suite 9200<br>1 Courthouse Way<br>Boston, MA 02210<br>617-748-3644<br>Fax: 617-748-3965<br>Email: william.bloomer@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Sharron A. Kearney** |
|---|---|---|

United States Attorney's Office
John J. Moakley United States
Courthouse
Suite 9200
Boston, MA 02210
617-748-3687
Fax: 617-748-3965
Email: sharron.kearney@usdoj.gov
*TERMINATED: 01/09/2007*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 10/14/2004 | 1 | SEALED COMPLAINT as to Julio Carrion Santiago (1), Pedro Alberto Miranda (2), Reynaldo Rivera (3), Jose Rodriguez (4), Enrique Agosto (5), Jose Torrado (6), Carlos Sanchez (7), Luis F. Sanchez (8), Edwin Torrez (9), Zuleima Reyes (10), Santiago Arroy[1:04o (11). (Attachments: # 1 Affidavit Pages 1 - 30# 2 Affidavit Pages 31 - 59) (Cummings, Mary)[1:04-mj-00500-RBC] (Entered: 10/15/2004) |
| 10/14/2004 | 2 | MOTION to Seal Case as to Julio Carrion Santiago, Pedro Alberto Miranda, Reynaldo Rivera, Jose Rodriguez, Enrique Agosto, Jose Torrado, Carlos Sanchez, Luis F. Sanchez, Edwin Torrez, Zuleima Reyes, Santiago Arroyo by USA. (Cummings, Mary)[1:04-mj-00500-R (Entered: 10/15/2004) |
| 10/14/2004 |  | Magistrate Judge Robert B. Collings : ELECTRONIC ORDER entered granting 2 Motion to Seal Case as to Julio Carrion Santiago (1), Pedro Alberto Miranda (2), Reynaldo Rivera (3), Jose Rodriguez (4), Enrique Agosto (5), Jose Torrado (6), Carlos Sanchez[1:04 (7), Luis F. Sanchez (8), Edwin Torrez (9), Zuleima Reyes (10), Santiago Arroyo (11) (Cummings, Mary)[1:04-mj-00500-RBC] (Entered: 10/15/2004) |
| 10/15/2004 | 3 | MOTION to Unseal Case as to Julio Carrion Santiago, Pedro Alberto Miranda, Reynaldo Rivera, Jose Rodriguez, Enrique Agosto, Jose Torrado, Carlos Sanchez, Luis F. Sanchez, Edwin Torrez, Zuleima Reyes, Santiago Arroyo by USA. (Cummings, Mary)[1:04-mj-00500 (Entered: 10/15/2004) |
| 10/15/2004 |  | Case unsealed as to Julio Carrion Santiago, Pedro Alberto Miranda, Reynaldo Rivera, Jose Rodriguez, Enrique Agosto, Jose Torrado, Carlos Sanchez, Luis F. Sanchez, Edwin Torrez, Zuleima Reyes, Santiago Arroyo (Cummings, Mary)[1:04-mj-00500-RBC] (Entered: 10/15/2004) |
| 10/15/2004 |  | Electronic Clerk's Notes for proceedings held before Magistrate Judge Robert B. Collings :Initial Appearance as to Enrique Agosto, Jose Torrado, Carlos Sanchez, Luis F. Sanchez, Edwin Torrez, Zuleima Reyes, Pedro Alberto Miranda, Reynaldo Rivera[1:04, Jose Rodriguez held on 10/15/2004. Spanish Interpreters Present. Defendants informed c rights and charges and max penalties. Financial Affidavits filled out by Pedro Alberto Miranda, Zuleima Reyes, Edwin Torrez, and Enrique |

| | | |
|---|---|---|
| | | Agosto. Court appoints [1:04Attorney Palmer for Def't Miranda, Federal Defender Richie for Mr. Agosto, V. Bonelita for Mr. Torrez and to appoint attorney for Ms. Reyes. Other Def't indicate they can afford counsel. Status Conference as to Def't Reynaldo Rivera se[1:04t for Monday October 18, 2004 at 3:30 as to Mr. Rivera's counsel. Detention Hearing set for Defendants (except for Mr. Rodriguez, Agosto, and Torrado) on October 21, 2004 at 10:30 AM. Def't Rodriguez, Agosto, and Torrado hearing set for Nov[1:04ember 1, 2004 at 11:00 AM. (Digital Recording) (Russo, Noreen)[1:04-mj-00500-RBC] (Entered: 10/19/2004) |
| 10/15/2004 | 7 | Arrest Warrant Issued as to Jose Rodriguez. (Cummings, Mary)[1:04-mj-00500-RBC] (Entered: 10/15/2004) |
| 10/15/2004 | 20 | Magistrate Judge Robert B. Collings : ORDER OF TEMPORARY DETENTION entered as to Jose Rodriguez. (Russo, Noreen)[1:04-mj-00500-RBC] (Entered: 10/21/2004) |
| 10/27/2004 | | Attorney update in case as to Jose Rodriguez. Attorney Valerie S. Carter for Jose Rodriguez, Lenore Glaser for Jose Torrado added. (Russo, Noreen)[1:04-mj-00500-RBC] (Entered: 10/29/2004) |
| 11/01/2004 | 33 | Magistrate Judge Robert B. Collings : ORDER entered ORDER PURSUANT TO RULE 5.1(a), Fed. R. Crim. P. as to Enrique Agosto, Jose Torrado, Carlos Sanchez, Zuleima Reyes, Reynaldo Rivera, Jose Rodriguez. (Russo, Noreen)[1:04-mj-00500-RBC] (Entered: 11/02/2004) |
| 11/01/2004 | | Electronic Clerk's Notes for proceedings held before Magistrate Judge Robert B. Collings:Detention Hearing as to Enrique Agosto, Jose Torrado, Carlos Sanchez, Jose Rodriguez held on 11/1/2004. D. Casper for the Gov't. Attorney Anthony J. S[1:04cola for Mr Scanchez, V. Carter for Jose Rodriguez, Federal Defender C. Byrne for Enrique Agosta, L. Glaser for Mr. Torrado. No interp. as all defendants say they don't need an interp. Def't Rodriguez filled out financial affidavit and Cou[1:04rt finds him unable to afford attorney. Ms. Carter appointed. Def't Torrado filled out a financial affidavit and Court finds him unable to afford attorney. L. Glaser appointed for Mr. Torrado. Gov't calls first witness Candice Couchman. Tw[1:04o Exhibits by Gov't. Cross examination by Ms. Byrne, A. Scola, V. Carter, L. Glaser. Redirect by D. Casper. Additional cross by C. Byrne and L. Glaser. No evidence offered /proffered by any of Defense Counsel. Mr. Scola heard on the issue of pro[1:04bable cause as to Mr. Scanchez; Ms. Carter on Probable cause, requests continuance of detention hearing pending report from pretrial and discussions with 3P Custodians, will contact the court, L. Glaser heard as to PC, request continuance on detentio[1:04n pending pre-trial report, continued hearing set down for Wednesday, November 3 2004 at 11:30 AM. Mr. Scanchez at 2:30 PM. Court finds probable cause to all four defendants and all will be held for grand jury action. Dentention as to Mr. Rodrigui[1:04ez continued generally, and Def't Agosta ordered detained. (Digital Recording) (Russo, Noreen)[1:04-mj-00500-RBC] (Entered: 11/01/2004) |

| | | |
|---|---|---|
| 11/01/2004 | 36 | CJA 23 Financial Affidavit by Jose Rodriguez. (Russo, Noreen)[1:04-mj-00500-RBC] (Entered: 11/03/2004) |
| 11/01/2004 | 41 | Magistrate Judge Robert B. Collings : ORDER entered CJA 20 as to Jose Rodriguez : Appointment of Attorney Valerie S. Carter for Jose Rodriguez. (Russo, Noreen)[1:04-mj-00500-RBC] (Entered: 11/04/2004) |
| 11/10/2004 | 49 | INDICTMENT as to Julio Carrion Santiago (1) count(s) 1, 7, Pedro Alberto Miranda (2) count(s) 1, Reynaldo Rivera (3) count(s) 1, 2, 3-6, Jose Rodriguez (4) count(s) 1, Enrique Agosto (5) count(s) 1, Jose Torrado (6) count(s) 1, Carlos Sanchez (7) count(s) 1, Luis F. Sanchez (8) count(s) 1, Edwin Torrez (9) count(s) 1, Zuleima Reyes (10) count(s) 1, 3-6, Santiago Arroyo (11) count(s) 1, 2, Juan Nunez (12) count(s) 1. (Attachments: # 1) (Gawlik, Cathy) (Entered: 11/12/2004) |
| 11/12/2004 | 50 | Judge Nathaniel M. Gorton : ORDER entered ORDER REFERRING CASE to Magistrate Judge Robert B. Collings Reason for referral: pretrial proceedings as to Julio Carrion Santiago, Pedro Alberto Miranda, Reynaldo Rivera, Jose Rodriguez, Enrique Agosto, Jose Torrado, Carlos Sanchez, Luis F. Sanchez, Edwin Torrez, Zuleima Reyes, Santiago Arroyo, Juan Nunez (Gawlik, Cathy) (Entered: 11/12/2004) |
| 11/15/2004 |  | NOTICE OF HEARING as to Julio Carrion Santiago, Pedro Alberto Miranda, Reynaldo Rivera, Jose Rodriguez, Enrique Agosto, Carlos Sanchez, Luis F. Sanchez, Edwin Torrez, Zuleima Reyes. Arraignment set for 11/22/2004 @ 3:15 PM in Courtroom 14 before Magistrate Judge Robert B. Collings. (Russo, Noreen) Modified on 11/22/2004 (Russo, Noreen). (Entered: 11/15/2004) |
| 11/22/2004 |  | Electronic Clerk's Notes for proceedings held before Magistrate Judge Robert B. Collings :Arraignment as to Julio Carrion Santiago (1) Count 1,7 and Pedro Alberto Miranda (2) Count 1 and Reynaldo Rivera (3) Count 1,2,3-6 and Jose Rodriguez (4) Count 1 and Enrique Agosto (5) Count 1 and Carlos Sanchez (7) Count 1 and Luis F. Sanchez (8) Count and Edwin Torrez (9) Count 1 and Zuleima Reyes (10) Count 1,3-6 held on 11/22/2004. Spanish Interp. Present, Pretrial Services. All attorneys present. All defendants plead: Not Guilty to all counts. Intial Status Conf set down for January 5, 2004 @ 11:00 am. (Digital Recording) (Russo, Noreen) (Entered: 11/22/2004) |
| 11/22/2004 |  | Electronic Clerk's Notes for proceedings held before Magistrate Judge Robert B. Collings :Continued Detention Hearing as to Jose Rodriguez held on 11/22/2004. V. Carter for Mr. Rodriguez, D. Casper for Gov't. V Carter argues for release indicates the client is not getting proper medications. Gov't argues against release based on long criminal history. Some violent and history of defaults. Court to hold the issue of detention Will order Def't given a medical examination to determine possible Def't addiction. (Digital Recording) (Russo, Noreen) (Entered: 11/22/2004) |
| 11/22/2004 | 65 | Magistrate Judge Robert B. Collings : ORDER entered MEMORANDUM AND ORDER as to Jose Rodriguez. (Russo, Noreen) (Entered: 11/24/2004) |

| | | |
|---|---|---|
| 11/22/2004 | 81 | Magistrate Judge Robert B. Collings : ORDER entered ORDER FOR MEDICAL EXAMINATION TO DETERMINE ADDICTION - 18 U.S.C. s. 3142(f) as to Jose Rodriguez (Russo, Noreen) (Entered: 11/29/2004) |
| 12/02/2004 | 94 | INFORMATION TO ESTABLISH PRIOR CONVICTION as to Jose Rodriguez (Barrette, Mark) (Entered: 12/10/2004) |
| 12/06/2004 | 96 | MOTION to Seal as to Julio Carrion Santiago, Reynaldo Rivera, Jose Rodriguez by USA. (Barrette, Mark) (Entered: 12/16/2004) |
| 12/06/2004 | 97 | MOTION for Order***Filed Under Seal*** as to Julio Carrion Santiago, Reynaldo Rivera, Jose Rodriguez by USA. (Barrette, Mark) (Entered: 12/16/2004) |
| 12/14/2004 | | Electronic Clerk's Notes for proceedings held before Magistrate Judge Robert B. Collings :Hearing as to Jose Rodriguez held on 12/14/2004. V Carter for Mr. Rodriguez, Mr. Rodriguez in courtroom. Attorney Carter asks to withdraw motion [95]. Court allows motion to withdraw in open Court. (Digital Recording) (Russo, Noreen) (Entered: 12/14/2004) |
| 12/17/2004 | | Judge Nathaniel M. Gorton : Electronic ORDER entered granting 96 Motion to Seal as to Julio Carrion Santiago (1), Reynaldo Rivera (3), Jose Rodriguez (4); granting 97 Motion for Order as to Julio Carrion Santiago (1), Reynaldo Rivera (3), Jose Rodriguez (4) (Nicewicz, Craig) (Entered: 06/28/2005) |
| 01/05/2005 | | ElectronicClerk's Notes for proceedings held before Magistrate Judge Robert B. Collings :Inital Status Conference as to Julio Carrion Santiago, Pedro Alberto Miranda, Reynaldo Rivera, Jose Rodriguez, Enrique Agosto, Jose Torrado, Carlos Sanchez, Luis F. Sanchez, Edwin Torrez, Zuleima Reyes held on 1/5/2005. D. Casper for Gov't. Att.Glaser covering for V. Carter all other defense counsel present. C. Byrne requests additonal time for discovery. Court allows 6 weeks to 2/18/2005 April 13, 2005 for Motions to Suppress / Dismiss. Final Status Conf. set down for April 28, 2005 @ 11:00 AM. (Court Reporter Electronic.) (Russo, Noreen) (Entered: 01/05/2005) |
| 01/05/2005 | 103 | Magistrate Judge Robert B. Collings : ORDER entered. ORDER FOR FINAL STATUS CONFERENCE (L.R. 116.5(C)) as to Julio Carrion Santiago, Pedro Alberto Miranda, Reynaldo Rivera, Jose Rodriguez, Enrique Agosto, Jose Torrado, Carlos Sanchez, Luis F. Sanchez, Edwin Torrez, Zuleima Reyes, Juan Nunez. Final Status Conf. set for Thursday April 28, 2005 @ 11:00 AM. (Russo, Noreen) (Entered: 01/10/2005) |
| 01/05/2005 | 104 | Magistrate Judge Robert B. Collings : ORDER entered. REPORT AFTER INITIAL STATUS CONFERENCE PURSUANT TO LOCAL RULE 116.5(A)as to Julio Carrion Santiago, Pedro Alberto Miranda, Reynaldo Rivera, Jose Rodriguez, Enrique Agosto, Jose Torrado, Carlos Sanchez, Luis F. Sanchez, Edwin Torrez, Zuleima Reyes, Juan Nunez (Russo, Noreen) (Entered: 01/10/2005) |
| 01/05/2005 | 105 | Magistrate Judge Robert B. Collings : ORDER entered. ORDER ON |

| | | |
|---|---|---|
| | | EXCLUDABLE DELAY as to Julio Carrion Santiago, Pedro Alberto Miranda, Reynaldo Rivera, Jose Rodriguez, Enrique Agosto, Jose Torrado, Carlos Sanchez, Luis F. Sanchez, Edwin Torrez, Zuleima Reyes, Juan Nunez Time excluded from 10/15/2004 until 11/15/2004. Time excluded from 11/10/2004 until 11/10/2004. Time excluded from 11/15/2004 until 11/15/2004. Time excluded from 11/16/2004 until 12/13/2004. Time excluded from 11/22/2004 until 11/22/2004. Time excluded from 11/23/2004 until 12/20/2004. Time excluded from 12/29/2004 until 12/29/2004.Time excluded from 1/05/2005 until 1/05/2005. Time excluded from 1/6/2005 until 4/13/2005. Thus as of December 21, 2004, FOURTEEN (14) non-excludable days will have occured leaving FIFTY-SIX (56) days left to commence trial so as to be within the seventy-day period for trial set by statute. (Russo, Noreen) (Entered: 01/11/2005) |
| 01/11/2005 | 106 | Magistrate Judge Robert B. Collings : ORDER entered. MEMORANDUM AND ORDER OF DETENTION as to Jose Rodriguez. (Russo, Noreen) (Entered: 01/11/2005) |
| 02/18/2005 | 114 | Assented to MOTION for Extension of Time to March 4, 2005 to File th discovery letters as to Julio Carrion Santiago, Pedro Alberto Miranda, Reynaldo Rivera, Jose Rodriguez, Enrique Agosto, Jose Torrado, Carlos Sanchez, Luis F. Sanchez, Edwin Torrez, Zuleima Reyes, Santiago Arroyo, Juan Nunezby Jose Torrado. (Glaser, Lenore) (Entered: 02/18/2005) |
| 03/11/2005 | | Judge Robert B. Collings : ORDER entered granting 114 Motion for Extension of Time as to Julio Carrion Santiago (1), Pedro Alberto Miranda (2), Reynaldo Rivera (3), Jose Rodriguez (4), Enrique Agosto (5), Jose Torrado (6), Carlos Sanchez (7), Luis F. Sanchez (8), Edwin Torrez (9), Zuleima Reyes (10), Santiago Arroyo (11), Juan Nunez (12). (Russo, Noreen) (Entered: 03/14/2005) |
| 03/17/2005 | 118 | Assented to MOTION for Extension of Time to 3/17/05 to File Response to Joint Defense Discovery Letter as to Julio Carrion Santiago, Pedro Alberto Miranda, Reynaldo Rivera, Jose Rodriguez, Enrique Agosto, Jose Torrado, Carlos Sanchez, Luis F. Sanchez, Edwin Torrez, Zuleima Reyes, Santiago Arroyo, Juan Nunezby USA. c/s.(Bell, Marie) (Entered: 03/21/2005) |
| 03/22/2005 | | Judge Nathaniel M. Gorton : Electronic ORDER entered granting 118 Motion for Extension of Time to File Response/Reply as to Julio Carrion Santiago (1), Pedro Alberto Miranda (2), Reynaldo Rivera (3), Jose Rodriguez (4), Jose Torrado (6), Carlos Sanchez (7), Edwin Torrez (9), Santiago Arroyo (11), Juan Nunez (12) (Nicewicz, Craig) (Entered: 03/23/2005) |
| 04/13/2005 | 126 | SUPERSEDING INDICTMENT as to Julio Carrion Santiago (1) count(s 1s, 7s, 8s, Pedro Alberto Miranda (2) count(s) 1s, Reynaldo Rivera (3) count(s) 1s, 2s, 3s-6s, Jose Rodriguez (4) count(s) 1s, Enrique Agosto (5) count(s) 1s, Jose Torrado (6) count(s) 1s, Carlos Sanchez (7) count(s) 1s, Luis F. Sanchez (8) count(s) 1s, Edwin Torrez (9) count(s) 1s, Zuleima |

| | | |
|---|---|---|
| | | Reyes (10) count(s) 1s, 3s-6s, Santiago Arroyo (11) count(s) 1s, 2s, Juan Nunez (12) count(s) 1s. (Attachments: # 1) (Gawlik, Cathy) (Entered: 04/14/2005) |
| 04/13/2005 | 127 | Judge Nathaniel M. Gorton : ORDER entered. ORDER REFERRING CASE to Magistrate Judge Robert B. Collings Reason for referral: pretrial proceedings as to Julio Carrion Santiago, Pedro Alberto Miranda Reynaldo Rivera, Jose Rodriguez, Enrique Agosto, Jose Torrado, Carlos Sanchez, Luis F. Sanchez, Edwin Torrez, Zuleima Reyes, Santiago Arroyo, Juan Nunez (Gawlik, Cathy) (Entered: 04/14/2005) |
| 04/22/2005 | | Electronic NOTICE OF HEARING as to Julio Carrion Santiago, Pedro Alberto Miranda, Reynaldo Rivera, Jose Rodriguez, Enrique Agosto, Jose Torrado, Carlos Sanchez, Luis F. Sanchez, Edwin Torrez, Zuleima Reyes, Santiago Arroyo, Juan Nunez Arraignment on Superseding Indictment set for 4/29/2005 @ 12:00 PM in Courtroom 23 before Magistrate Judge Robert B. Collings. Please be advised that the Final Status Conf. set for April 28, 2005 has been continued generally and a new date will be set at the Arraignment on the Superseding Indictment. (Russo, Noreen) (Entered: 04/22/2005) |
| 04/22/2005 | | Electronic NOTICE OF HEARING ON MOTIONS [121] Motion to Withdraw as Attorney as to Luis Sanchez, [122] Assented to Motion for Extension of Time to May 13, 2005 as to Luis F. Sanchez, [123] Assented to Motion for Extension of time as to Pedro Alberto Miranda, [125] Assented to Motion for Extention of time as to Enrique Agosto, [130] Motion to Modify Conditions of Release as to Jose Torrado Motion Hearing set for 4/29/2005 @ 12:00 PM in Courtroom 23 before Magistrate Judge Robert B. Collings. (Russo, Noreen) Modified on 4/22/2005 (Russo, Noreen). (Entered: 04/22/2005) |
| 04/27/2005 | 131 | MOTION for Extension of Time to June 6, 2005 to File Respond to suppression motions *and motion to reschedule the final status conferenc* as to Julio Carrion Santiago, Pedro Alberto Miranda, Reynaldo Rivera, Jose Rodriguez, Enrique Agosto, Jose Torrado, Carlos Sanchez, Luis F. Sanchez, Edwin Torrez, Zuleima Reyes, Santiago Arroyo, Juan Nunez by USA. (Casper, Denise) (Entered: 04/27/2005) |
| 04/29/2005 | | Electronic Clerk's Notes for proceedings held before Judge Robert B. Collings :Arraignment as to Julio Carrion Santiago (1) Count 1s,7s,8s and Reynaldo Rivera (3) Count 1s,2s,3s-6s and Jose Rodriguez (4) Count 1s and Enrique Agosto (5) Count 1s and Jose Torrado (6) Count 1s and Carlos Sanchez (7) Count 1s and Luis F. Sanchez (8) Count 1s and Edwin Torrez (9) Count 1s and Zuleima Reyes (10) Count 1s,3s-6s and Juan Nunez (12) Count 1s held on 4/29/2005, Plea entered by by Julio Carrion Santiago, Reynaldo Rivera, Jose Rodriguez, Enrique Agosto, Jose Torrado, Carlos Sanchez, Luis F. Sanchez, Edwin Torrez, Zuleima Reyes, Juan Nunez, Not Guilty on counts 1s-8s. Final Status Conf. set fo 6/23/2005 @ 11:30 A.M. (Digital Recording.) (Russo, Noreen) Modifie on 5/4/2005 (Russo, Noreen). (Entered: 04/29/2005) |
| 05/04/2005 | 133 | Judge Robert B. Collings : ORDER entered. ORDER FOR FINAL |

| | | |
|---|---|---|
| | | STATUS CONFERENCE (L.R. 116.5(C)) as to Julio Carrion Santiago, Pedro Alberto Miranda, Reynaldo Rivera, Jose Rodriguez, Enrique Agosto, Jose Torrado, Carlos Sanchez, Luis F. Sanchez, Edwin Torrez, Zuleima Reyes, Juan Nunez (Russo, Noreen) (Entered: 05/11/2005) |
| 06/09/2005 | | Judge Nathaniel M. Gorton : Electronic ORDER entered granting 131 Motion for Extension of Time as to Julio Carrion Santiago (1), Reynaldo Rivera (3), Jose Rodriguez (4), Enrique Agosto (5), Jose Torrado (6), Carlos Sanchez (7), Luis F. Sanchez (8), Edwin Torrez (9), Zuleima Reyes (10), Santiago Arroyo (11); granting 118 Motion for Extension of Time to File Response/Reply as to Enrique Agosto (5), Zuleima Reyes (10); granting [125] Motion for Extension of Time to File as to Enrique Agosto (5); granting [122] Motion for Extension of Time to File as to Luis F. Sanchez (8) (Nicewicz, Craig) (Entered: 06/09/2005) |
| 06/22/2005 | 152 | NOTICE *of Final Status Conference Report* by USA as to Julio Carrion Santiago, Pedro Alberto Miranda, Reynaldo Rivera, Jose Rodriguez, Enrique Agosto, Jose Torrado, Carlos Sanchez, Luis F. Sanchez, Edwin Torrez, Zuleima Reyes, Santiago Arroyo, Juan Nunez (Casper, Denise) (Entered: 06/22/2005) |
| 06/23/2005 | | Electronic Clerk's Notes for proceedings held before Judge Robert B. Collings :Final Status Conference as to Julio Carrion Santiago, Pedro Alberto Miranda, Reynaldo Rivera, Jose Rodriguez, Enrique Agosto, Jose Torrado, Carlos Sanchez, Luis F. Sanchez, Edwin Torrez, Zuleima Reyes, Juan Nunez held on 6/23/2005. D. Casper for Gov't, Defense counsel Cicilline does not appear. Court indicates date of 7/15/2005 for Mr. Goldstien to file discovery motions, if no motion(s) filed the case will be forwarded to District Court Judge, court will hold case until 7/15/2005. Court also takes up issue of Jose Torrado's motion to modify conditions of release. Court notes 6/22/2005 denial of [142] but requests new motion from Ms. Glaser, with Mr. Torrado's wife's hours of work, where she works, and why def't cannot care for children with electronic monitoring. (Digital Recording.) (Russo, Noreen). (Entered: 06/23/2005) |
| 07/26/2005 | | Judge Nathaniel M. Gorton : Electronic ORDER entered granting [153] Motion for Leave to File Excess Pages as to Julio Carrion Santiago (1); granting 3 Motion to Unseal Case as to Julio Carrion Santiago (1), Pedro Alberto Miranda (2), Reynaldo Rivera (3), Jose Rodriguez (4), Enrique Agosto (5), Jose Torrado (6), Carlos Sanchez (7), Luis F. Sanchez (8), Edwin Torrez (9), Zuleima Reyes (10), Santiago Arroyo (11) (Nicewicz, Craig) (Entered: 07/26/2005) |
| 09/21/2005 | | Notice of correction to docket made by Court staff. Correction: Docket No 170 was corrected to reflect correct judgment on motion as to Julio Carrion Santiago, Pedro Alberto Miranda, Reynaldo Rivera, Jose Rodriguez, Enrique Agosto, Jose Torrado, Carlos Sanchez, Luis F. Sanchez, Edwin Torrez, Zuleima Reyes, Santiago Arroyo, Juan Nunez (Elefther, Elizabeth) (Entered: 09/21/2005) |
| 10/18/2005 | | Notice of correction to docket made by Court staff. Correction: Docket No 180 corrected because it was a duplicated entry of 181. (Elefther, |

| | | |
|---|---|---|
| | | Elizabeth) (Entered: 10/18/2005) |
| 10/18/2005 | 183 | Judge Robert B. Collings : ORDER entered. ORDER AFTER FINAL STATUS CONFERENCE PURSUANT TO LOCAL RULE 116.5(C) a to Julio Carrion Santiago, Pedro Alberto Miranda, Reynaldo Rivera, Jose Rodriguez, Enrique Agosto, Jose Torrado, Carlos Sanchez, Luis F. Sanchez, Edwin Torrez, Zuleima Reyes, Santiago Arroyo, Juan Nunez (Russo, Noreen) (Entered: 10/18/2005) |
| 10/18/2005 | | Case as to Julio Carrion Santiago, Pedro Alberto Miranda, Reynaldo Rivera, Jose Rodriguez, Enrique Agosto, Jose Torrado, Carlos Sanchez, Luis F. Sanchez, Edwin Torrez, Zuleima Reyes, Juan Nunez no longer referred to Magistrate Judge Robert B. Collings. (Russo, Noreen) (Entered: 10/18/2005) |
| 10/21/2005 | | NOTICE OF HEARING as to Julio Carrion Santiago, Pedro Alberto Miranda, Reynaldo Rivera, Jose Rodriguez, Enrique Agosto, Jose Torrado, Carlos Sanchez, Luis F. Sanchez, Edwin Torrez, Zuleima Reyes, Santiago Arroyo, Juan Nunez Initial Pretrial Conference set for 11/1/2005 11:00 AM in Courtroom 4 before Judge Nathaniel M. Gorton (Nicewicz, Craig) (Entered: 10/21/2005) |
| 11/01/2005 | | ElectronicClerk's Notes for proceedings held before Judge Nathaniel M. Gorton :Pretrial Conference as to Julio Carrion Santiago, Pedro Alberto Miranda, Reynaldo Rivera, Jose Rodriguez, Enrique Agosto, Jose Torrado, Carlos Sanchez, Luis F. Sanchez, Edwin Torrez, Zuleima Reyes, Santiago Arroyo, Juan Nunez held on 11/1/2005. Court will deny motion to suppress of Edwin Torrez (M&O to issue), one other outstanding motion to suppress to be heard week of 11/14/05. Motions in limine due 3/6/06, responses 3/13/06. Proposed voir dire, propsed verdic form, witness and exhibit lists due 3/13/06, responses and objections due 3/20/06. Propsed jury instructions 3/20/06. Court has colloquy with counsel on empanelment method. Jury Trial set for 3/27/2006 09:00 AM in Courtroom 4 before Judge Nathaniel M. Gorton. (Court Reporter Romanow.) (Nicewicz, Craig) (Entered: 11/01/2005) |
| 11/09/2005 | | Judge Nathaniel M. Gorton : ElectronicORDER entered granting [189] Motion for Extension of Time as to Julio Carrion Santiago (1); granting 90 Motion to Seal Document as to Jose Rodriguez (4); granting [187] Motion for Rule 11 Hearing as to Jose Torrado (6); granting [190] Motion to Exclude as to Edwin Torrez (9) (Nicewicz, Craig) (Entered: 11/09/2005) |
| 01/11/2006 | 203 | NOTICE OF ATTORNEY APPEARANCE: Robert L. Sheketoff appearing for Jose Rodriguez (Sheketoff, Robert) (Entered: 01/11/2006) |
| 01/27/2006 | 204 | MOTION to Continue as to Julio Carrion Santiago, Pedro Alberto Miranda, Reynaldo Rivera, Jose Rodriguez, Enrique Agosto, Jose Torrado, Carlos Sanchez, Luis F. Sanchez, Edwin Torrez, Zuleima Reyes, Santiago Arroyo, Juan Nunezby USA. (Bloomer, William) (Entered: 01/27/2006) |
| 01/27/2006 | 205 | NOTICE of Withdrawal of Appearance as to Jose Rodriguez (Carter, |

| | | |
|---|---|---|
| | | Valerie) (Entered: 01/27/2006) |
| 02/10/2006 | 🔾 | Attorney update in case as to Jose Rodriguez. Attorney Valerie S. Carter terminated. (Sonnenberg, Elizabeth) (Entered: 02/10/2006) |
| 02/13/2006 | 🔾 | Terminate Deadlines and Hearings as to Julio Carrion Santiago, Pedro Alberto Miranda, Reynaldo Rivera, Jose Rodriguez, Enrique Agosto, Jose Torrado, Carlos Sanchez, Luis F. Sanchez, Edwin Torrez, Zuleima Reyes, Santiago Arroyo, Juan Nunez: trial (Nicewicz, Craig) (Entered: 02/13/2006) |
| 02/13/2006 | 🔾 | Judge Nathaniel M. Gorton : Electronic ORDER entered granting in part and denying in part 204 Motion to Continue as to Julio Carrion Santiago (1), Pedro Alberto Miranda (2), Reynaldo Rivera (3), Jose Rodriguez (4), Enrique Agosto (5), Jose Torrado (6), Carlos Sanchez (7), Luis F. Sanchez (8), Edwin Torrez (9), Zuleima Reyes (10), Juan Nunez (12) Status Conference set for 3/23/2006 03:30 PM in Courtroom 4 before Judge Nathaniel M. Gorton. A final postponed trial date will be determined. (Nicewicz, Craig) (Entered: 02/13/2006) |
| 03/13/2006 | 🔾 214 | Emergency MOTION to Continue as to Jose Rodriguez. (Carter, Valerie) (Entered: 03/13/2006) |
| 03/22/2006 | 🔾 | Judge Nathaniel M. Gorton : Electronic ORDER entered denying 214 Motion to Continue as to Jose Rodriguez. Ms. Carter is excused from attending the status conference. (4); granting [212] Motion for Rule 11 Hearing as to Jose Torrado (6) Change of Plea Hearing set for 5/5/2006 03:00 PM in Courtroom 4 before Judge Nathaniel M. Gorton. Sentencing set for 5/5/2006 03:00 PM in Courtroom 4 before Judge Nathaniel M. Gorton. (Nicewicz, Craig) (Entered: 03/22/2006) |
| 03/23/2006 | 🔾 215 | MOTION to Suppress as to Jose Rodriguez. (Sheketoff, Robert) (Entered: 03/23/2006) |
| 03/23/2006 | 🔾 216 | AFFIDAVIT of Jose Rodriguez by Jose Rodriguez 215 MOTION to Suppress filed by Jose Rodriguez. (Sheketoff, Robert) (Entered: 03/23/2006) |
| 03/23/2006 | 🔾 | ElectronicClerk's Notes for proceedings held before Judge Nathaniel M. Gorton :Pretrial Conference as to Julio Carrion Santiago, Pedro Alberto Miranda, Reynaldo Rivera, Jose Rodriguez, Enrique Agosto, Carlos Sanchez, Luis F. Sanchez, Edwin Torrez, Zuleima Reyes, Santiago Arroyo, Juan Nunez held on 3/23/2006, Motion Hearing as to Julio Carrion Santiago, Pedro Alberto Miranda, Reynaldo Rivera, Jose Rodriguez, Enrique Agosto, Carlos Sanchez, Luis F. Sanchez, Edwin Torrez, Zuleima Reyes, Santiago Arroyo, Juan Nunez held on 3/23/2006 re MOTION withdraw as attorney as to Agosto- Allowed after hearing a sidebar. Eugene Pat McCann accepts appointment. Any motions to sever to be filed within 30 days. Court will consider pending motion to suppress, govt. response due within 21 days. Motions in limine 4 weeks prior to trial, responses and proposed exhibit/witness lists 3 weeks before. Proposed voir dire and any objections to wit/exh lists 2 weeks prior, proposed jury instructions 1 week before trial. Jury Trial set for |

| | | |
|---|---|---|
| | | 7/17/2006 09:00 AM in Courtroom 4 before Judge Nathaniel M. Gorton or in the alternative 10/16/06. (Court Reporter Dahlstrom.) (Nicewicz, Craig) (Entered: 03/29/2006) |
| 03/24/2006 | 219 | MOTION to Continue to July 17, 2006 to Trial as to Julio Carrion Santiago, Pedro Alberto Miranda, Reynaldo Rivera, Jose Rodriguez, Enrique Agosto, Carlos Sanchez, Luis F. Sanchez, Edwin Torrez, Zuleima Reyes, Juan Nunezby Julio Carrion Santiago. (Cicilline, John) (Entered: 03/24/2006) |
| 03/27/2006 | 220 | MOTION to Strike *Motion to Suppress* as to Julio Carrion Santiago, Pedro Alberto Miranda, Reynaldo Rivera, Jose Rodriguez, Enrique Agosto, Jose Torrado, Carlos Sanchez, Luis F. Sanchez, Edwin Torrez, Zuleima Reyes, Santiago Arroyo, Juan Nunezby USA. (Bloomer, William) (Entered: 03/27/2006) |
| 03/29/2006 | | Terminate Deadlines and Hearings as to Julio Carrion Santiago, Pedro Alberto Miranda, Reynaldo Rivera, Jose Rodriguez, Enrique Agosto, Jose Torrado, Carlos Sanchez, Luis F. Sanchez, Edwin Torrez, Zuleima Reyes, Santiago Arroyo, Juan Nunez: (Nicewicz, Craig) (Entered: 03/29/2006) |
| 04/14/2006 | 222 | MOTION for Extension of Time to April 21, 2006 to File Response/Reply *to Motion to Suppress (Rodriguez)* as to Julio Carrion Santiago, Pedro Alberto Miranda, Reynaldo Rivera, Jose Rodriguez, Enrique Agosto, Jose Torrado, Carlos Sanchez, Luis F. Sanchez, Edwin Torrez, Zuleima Reyes, Santiago Arroyo, Juan Nunezby USA. (Bloomer, William) (Entered: 04/14/2006) |
| 04/18/2006 | | Judge Nathaniel M. Gorton : Electronic ORDER entered granting 219 Motion to Continue as to Julio Carrion Santiago (1), Pedro Alberto Miranda (2), Reynaldo Rivera (3), Jose Rodriguez (4), Enrique Agosto (5), Carlos Sanchez (7), Luis F. Sanchez (8), Edwin Torrez (9), Zuleima Reyes (10), Juan Nunez (12); granting 222 Motion for Extension of Time to File Response/Reply as to Julio Carrion Santiago (1), Pedro Alberto Miranda (2), Reynaldo Rivera (3), Jose Rodriguez (4), Enrique Agosto (5), Jose Torrado (6), Carlos Sanchez (7), Luis F. Sanchez (8), Edwin Torrez (9), Zuleima Reyes (10), Santiago Arroyo (11), Juan Nunez (12); granting [218] Motion to Exclude as to Edwin Torrez (9); granting 204 Motion to Continue as to Santiago Arroyo (11) (Nicewicz, Craig) (Entered: 04/18/2006) |
| 04/19/2006 | 223 | Opposition by USA as to Jose Rodriguez re 215 MOTION to Suppress *Evidence* (Attachments: # 1 Exhibit 1# 2 Exhibit 2# 3 Exhibit 3# 4 Exhibit 4# 5 Exhibit 5)(Bloomer, William) (Entered: 04/19/2006) |
| 04/21/2006 | 224 | Letter from William Bloomer (non-motion) regarding proposed grouping of defendants as to Julio Carrion Santiago, Pedro Alberto Miranda, Reynaldo Rivera, Jose Rodriguez, Enrique Agosto, Jose Torrado, Carlos Sanchez, Luis F. Sanchez, Edwin Torrez, Zuleima Reyes, Santiago Arroyo, Juan Nunez (Sonnenberg, Elizabeth) (Entered: 04/21/2006) |
| 05/02/2006 | 225 | Judge Nathaniel M. Gorton : Memorandum and ORDER entered denying |

| | | |
|---|---|---|
| | | 215 Motion to Suppress as to Jose Rodriguez (4); denying 220 Motion to Strike as to Jose Rodriguez (4)"Based on the foregoing memorandum, the government's Motion to Strike Defendant's Motion to Suppress (Docket No. 220) is DENIED but the Defendant Rodriguez's Motion to Suppress (Docket No. 215) is likewise DENIED." (Sonnenberg, Elizabeth) (Entered: 05/03/2006) |
| 05/04/2006 | 226 | NOTICE OF ATTORNEY APPEARANCE Sharron A. Kearney appearing for USA. (Kearney, Sharron) (Entered: 05/04/2006) |
| 05/16/2006 | 229 | MOTION to Continue *Trial to October 16, 2006* as to Julio Carrion Santiago, Pedro Alberto Miranda, Reynaldo Rivera, Jose Rodriguez, Enrique Agosto, Jose Torrado, Carlos Sanchez, Luis F. Sanchez, Edwin Torrez, Zuleima Reyes, Santiago Arroyo, Juan Nunez by USA. (Bloomer, William) (Entered: 05/16/2006) |
| 05/16/2006 | | Terminate Deadlines and Hearings as to Julio Carrion Santiago, Pedro Alberto Miranda, Reynaldo Rivera, Jose Rodriguez, Enrique Agosto, Jose Torrado, Carlos Sanchez, Luis F. Sanchez, Edwin Torrez, Zuleima Reyes, Santiago Arroyo, Juan Nunez: trial (Nicewicz, Craig) (Entered: 05/16/2006) |
| 08/14/2006 | 249 | US Marshal Process Receipt and Return for Dismissal of Forfeiture. One Gray 2004 Toyota Matrix, registrant's name: Harry Medina served Delivered on 7/25/06 (Sonnenberg, Elizabeth) (Entered: 08/15/2006) |
| 08/28/2006 | | Motions terminated as to Julio Carrion Santiago, Pedro Alberto Miranda, Reynaldo Rivera, Jose Rodriguez, Enrique Agosto, Jose Torrado, Carlos Sanchez, Luis F. Sanchez, Edwin Torrez, Zuleima Reyes, Santiago Arroyo, Juan Nunez: 220 MOTION to Strike filed by USA., [206] MOTION to Sever filed by Julio Carrion Santiago, denied in open court. (Nicewicz, Craig) (Entered: 08/28/2006) |
| 09/01/2006 | 252 | Opposition to as to Julio Carrion Santiago, Pedro Alberto Miranda, Reynaldo Rivera, Jose Rodriguez, Enrique Agosto, Jose Torrado, Carlos Sanchez, Luis F. Sanchez, Edwin Torrez, Zuleima Reyes, Santiago Arroyo, Juan Nunez: [250] MOTION to Dismiss filed by Julio Carrion Santiago,. (Bloomer, William) Modified on 9/5/2006 (Sonnenberg, Elizabeth). (Entered: 09/01/2006) |
| 09/15/2006 | 269 | MOTION in Limine *to Introduce Evidence of Defendants' Heroin Trafficking* as to Julio Carrion Santiago, Pedro Alberto Miranda, Reynaldo Rivera, Jose Rodriguez, Enrique Agosto, Jose Torrado, Carlos Sanchez, Luis F. Sanchez, Edwin Torrez, Zuleima Reyes, Santiago Arroyo, Juan Nunez by USA. (Attachments: # 1 # 2 # 3)(Bloomer, William) (Entered: 09/15/2006) |
| 09/15/2006 | 270 | Second MOTION in Limine as to Julio Carrion Santiago, Pedro Alberto Miranda, Reynaldo Rivera, Jose Rodriguez, Enrique Agosto, Jose Torrado, Carlos Sanchez, Luis F. Sanchez, Edwin Torrez, Zuleima Reyes, Santiago Arroyo, Juan Nunez by USA. (Bloomer, William) (Entered: 09/15/2006) |

| | | |
|---|---|---|
| 09/15/2006 | 271 | Third MOTION in Limine as to Julio Carrion Santiago, Pedro Alberto Miranda, Reynaldo Rivera, Jose Rodriguez, Enrique Agosto, Jose Torrado, Carlos Sanchez, Luis F. Sanchez, Edwin Torrez, Zuleima Reyes, Santiago Arroyo, Juan Nunezby USA. (Bloomer, William) (Entered: 09/15/2006) |
| 09/15/2006 | 272 | Fourth MOTION in Limine as to Julio Carrion Santiago, Pedro Alberto Miranda, Reynaldo Rivera, Jose Rodriguez, Enrique Agosto, Jose Torrado, Carlos Sanchez, Luis F. Sanchez, Edwin Torrez, Zuleima Reyes, Santiago Arroyo, Juan Nunezby USA. (Bloomer, William) (Entered: 09/15/2006) |
| 09/15/2006 | 273 | Fifth MOTION in Limine as to Julio Carrion Santiago, Pedro Alberto Miranda, Reynaldo Rivera, Jose Rodriguez, Enrique Agosto, Jose Torrado, Carlos Sanchez, Luis F. Sanchez, Edwin Torrez, Zuleima Reyes, Santiago Arroyo, Juan Nunezby USA. (Bloomer, William) (Entered: 09/15/2006) |
| 09/22/2006 | 281 | EXHIBIT/WITNESS LIST by USA as to Julio Carrion Santiago, Pedro Alberto Miranda, Reynaldo Rivera, Jose Rodriguez, Enrique Agosto, Jose Torrado, Carlos Sanchez, Luis F. Sanchez, Edwin Torrez, Zuleima Reyes, Santiago Arroyo, Juan Nunez (Bloomer, William) (Entered: 09/22/2006) |
| 09/22/2006 | 282 | Opposition by Juan Nunez as to Julio Carrion Santiago, Pedro Alberto Miranda, Reynaldo Rivera, Jose Rodriguez, Enrique Agosto, Jose Torrado, Carlos Sanchez, Luis F. Sanchez, Edwin Torrez, Zuleima Reyes, Santiago Arroyo, Juan Nunez re 271 Third MOTION in Limine *RE: GOVERNMENT'S MOTION PURSUANT TO UNITED STATES V. RENGIFO REGARDING ENGLISH LANGUAGE TRANSLATIONS OF TAPE RECORDED SPANISH CONVERSATIONS* (Witkin, Roger) (Entered: 09/22/2006) |
| 09/22/2006 | 283 | Opposition by Juan Nunez as to Julio Carrion Santiago, Pedro Alberto Miranda, Reynaldo Rivera, Jose Rodriguez, Enrique Agosto, Jose Torrado, Carlos Sanchez, Luis F. Sanchez, Edwin Torrez, Zuleima Reyes, Santiago Arroyo, Juan Nunez re 270 Second MOTION in Limine *OPPOSITION TO GOVERNMENT'S MOTION TO SEQUESTER WITNESSES AND TO REQUEST THAT THE CASE AGENT BE ALLOWED TO REMAIN IN THE COURTROOM* (Witkin, Roger) (Entered: 09/22/2006) |
| 09/22/2006 | 284 | EXHIBIT/WITNESS LIST by USA as to Julio Carrion Santiago, Pedro Alberto Miranda, Reynaldo Rivera, Jose Rodriguez, Enrique Agosto, Jose Torrado, Carlos Sanchez, Luis F. Sanchez, Edwin Torrez, Zuleima Reyes, Santiago Arroyo, Juan Nunez (Bloomer, William) (Entered: 09/22/2006) |
| 09/22/2006 | 285 | MOTION to Withdraw as Attorney by Sharron A. Kearney. as to Julio Carrion Santiago, Pedro Alberto Miranda, Reynaldo Rivera, Jose Rodriguez, Enrique Agosto, Jose Torrado, Carlos Sanchez, Luis F. Sanchez, Edwin Torrez, Zuleima Reyes, Santiago Arroyo, Juan Nunezby |

| | | |
|---|---|---|
| | | USA. (Kearney, Sharron) (Entered: 09/22/2006) |
| 09/22/2006 | 286 | MEMORANDUM in Opposition by USA as to Julio Carrion Santiago, Pedro Alberto Miranda, Reynaldo Rivera, Jose Rodriguez, Enrique Agosto, Jose Torrado, Carlos Sanchez, Luis F. Sanchez, Edwin Torrez, Zuleima Reyes, Santiago Arroyo, Juan Nunez re [275] MOTION for Leave to File *additional motions in limine* (Bloomer, William) (Entered 09/22/2006) |
| 09/22/2006 | 287 | MEMORANDUM in Opposition by USA as to Julio Carrion Santiago, Pedro Alberto Miranda, Reynaldo Rivera, Jose Rodriguez, Enrique Agosto, Jose Torrado, Carlos Sanchez, Luis F. Sanchez, Edwin Torrez, Zuleima Reyes, Santiago Arroyo, Juan Nunez re [263] Second MOTION in Limine *regarding alias* (Bloomer, William) (Entered: 09/22/2006) |
| 09/25/2006 | 293 | Letter (non-motion) as to Julio Carrion Santiago, Pedro Alberto Miranda, Reynaldo Rivera, Jose Rodriguez, Enrique Agosto, Jose Torrado, Carlos Sanchez, Luis F. Sanchez, Edwin Torrez, Zuleima Reyes, Santiago Arroyo, Juan Nunez (Bloomer, William) (Entered: 09/25/2006) |
| 10/02/2006 | 300 | Proposed Voir Dire by USA as to Julio Carrion Santiago, Pedro Alberto Miranda, Reynaldo Rivera, Jose Rodriguez, Enrique Agosto, Jose Torrado, Carlos Sanchez, Luis F. Sanchez, Edwin Torrez, Zuleima Reyes, Santiago Arroyo, Juan Nunez (Rue, Nancy) (Entered: 10/02/2006 |
| 10/02/2006 | 301 | EXHIBIT/WITNESS LIST by USA as to Julio Carrion Santiago, Pedro Alberto Miranda, Reynaldo Rivera, Jose Rodriguez, Enrique Agosto, Jose Torrado, Carlos Sanchez, Luis F. Sanchez, Edwin Torrez, Zuleima Reyes, Santiago Arroyo, Juan Nunez (Bloomer, William) (Entered: 10/02/2006) |
| 10/04/2006 | | ELECTRONIC NOTICE OF HEARING as to Julio Carrion Santiago, Pedro Alberto Miranda, Reynaldo Rivera, Jose Rodriguez, Carlos Sanchez, Zuleima Reyes, Juan Nunez Pretrial Conference set for 10/11/2006 02:30 PM in Courtroom 4 before Judge Nathaniel M. Gorton (Nicewicz, Craig) (Entered: 10/04/2006) |
| 10/06/2006 | | Terminate Deadlines and Hearings as to Julio Carrion Santiago, Pedro Alberto Miranda, Reynaldo Rivera, Jose Rodriguez, Carlos Sanchez, Zuleima Reyes, Juan Nunez: (Nicewicz, Craig) (Entered: 10/06/2006) |
| 10/06/2006 | | ELECTRONIC NOTICE OF RESCHEDULING as to Julio Carrion Santiago, Pedro Alberto Miranda, Reynaldo Rivera, Jose Rodriguez, Carlos Sanchez, Zuleima Reyes, Juan Nunez Pretrial Conference set for 10/13/2006 02:30 PM in Courtroom 4 before Judge Nathaniel M. Gorton The 10/11/06 date is cancelled.(Nicewicz, Craig) (Entered: 10/06/2006) |
| 10/10/2006 | 306 | Proposed Jury Instructions by USA as to Julio Carrion Santiago, Pedro Alberto Miranda, Reynaldo Rivera, Jose Rodriguez, Enrique Agosto, Jose Torrado, Carlos Sanchez, Luis F. Sanchez, Edwin Torrez, Zuleima Reyes, Santiago Arroyo, Juan Nunez (Rue, Nancy) (Entered: 10/10/2006 |
| 10/10/2006 | 307 | Proposed Jury Instructions by USA as to Julio Carrion Santiago, Pedro |

| | | |
|---|---|---|
| | | Alberto Miranda, Reynaldo Rivera, Jose Rodriguez, Enrique Agosto, Jose Torrado, Carlos Sanchez, Luis F. Sanchez, Edwin Torrez, Zuleima Reyes, Santiago Arroyo, Juan Nunez (Rue, Nancy) (Entered: 10/10/200 |
| 10/13/2006 | 317 | EXHIBIT/WITNESS LIST by USA as to Julio Carrion Santiago, Pedro Alberto Miranda, Reynaldo Rivera, Jose Rodriguez, Enrique Agosto, Jose Torrado, Carlos Sanchez, Luis F. Sanchez, Edwin Torrez, Zuleima Reyes, Santiago Arroyo, Juan Nunez (Bloomer, William) (Entered: 10/13/2006) |
| 10/15/2006 | 319 | EXHIBIT/WITNESS LIST by USA as to Julio Carrion Santiago, Pedro Alberto Miranda, Reynaldo Rivera, Jose Rodriguez, Enrique Agosto, Jose Torrado, Carlos Sanchez, Luis F. Sanchez, Edwin Torrez, Zuleima Reyes, Santiago Arroyo, Juan Nunez (Bloomer, William) (Entered: 10/15/2006) |
| 10/16/2006 | | ElectronicClerk's Notes for proceedings held before Judge Nathaniel M. Gorton :Voir Dire begun on 10/16/2006 Pedro Alberto Miranda (2) on Count 1s and Juan Nunez (12) on Count 1s and Carlos Sanchez (7) on Count 1s and Julio Carrion Santiago (1) on Count 1s,7s,8s and Jose Rodriguez (4) on Count 1s (Court Reporter Dahlstrom.) (Nicewicz, Craig) (Entered: 10/19/2006) |
| 10/16/2006 | | ElectronicClerk's Notes for proceedings held before Judge Nathaniel M. Gorton : Panel sworn.Voir Dire held on 10/16/2006 as to Julio Carrion Santiago, Pedro Alberto Miranda, Jose Rodriguez, Carlos Sanchez, Juan Nunez, Jury Selection as to Julio Carrion Santiago, Pedro Alberto Miranda, Jose Rodriguez, Carlos Sanchez, Juan Nunez held on 10/16/2006; 7 jurors selected from first panel, remaining from 2nd panel Jury Trial Day 1 as to Julio Carrion Santiago, Pedro Alberto Miranda, Jose Rodriguez, Carlos Sanchez, Juan Nunez held on 10/16/2006 (Court Reporter Dahlstrom.) (Entered: 10/19/2006) |
| 10/16/2006 | | Motions terminated as to Julio Carrion Santiago, Pedro Alberto Miranda, Jose Rodriguez, Luis F. Sanchez, Santiago Arroyo: 285 MOTION to Withdraw as Attorney filed by USA,, 271 MOTION in Limine filed by USA,, 270 MOTION in Limine filed by USA,, [275] MOTION for Leav to File *additional motions in limine* filed by Luis F. Sanchez,, 272 MOTION in Limine filed by USA,, 273 MOTION in Limine filed by USA,, 269 MOTION in Limine filed by USA,, [274] MOTION to join motions in limine filed by codefendants filed by Luis F. Sanchez,. (Nicewicz, Craig) (Entered: 11/17/2006) |
| 10/17/2006 | | ElectronicClerk's Notes for proceedings held before Judge Nathaniel M. Gorton :Jury Trial Day 2 as to Julio Carrion Santiago, Pedro Alberto Miranda, Jose Rodriguez, Carlos Sanchez, Juan Nunez held on 10/17/2006. Jury sworn. Court instructs. Govt. opening. Santiago opening. Nunez opening. Testimony of J. Jakuttis. Testimony of T. Hanson. Testimony of F. Figueroa. (Court Reporter Dahlstrom.) (Nicewicz, Craig) Modified on 10/19/2006 (Nicewicz, Craig). (Entered 10/19/2006) |
| | | |

| | | |
|---|---|---|
| 10/18/2006 | | ElectronicClerk's Notes for proceedings held before Judge Nathaniel M. Gorton :Jury Trial Day 3 as to Julio Carrion Santiago, Pedro Alberto Miranda, Jose Rodriguez, Carlos Sanchez, Juan Nunez held on 10/18/2006. Testimony of W. Samaris. Testimony of M. Chavez. (Court Reporter Dahlstrom.) (Nicewicz, Craig) (Entered: 10/19/2006) |
| 10/19/2006 | ● | ElectronicClerk's Notes for proceedings held before Judge Nathaniel M. Gorton :Jury Trial Day 4 as to Julio Carrion Santiago, Pedro Alberto Miranda, Jose Rodriguez, Carlos Sanchez, Juan Nunez held on 10/19/2006. Testimony of M. Chavez continues. (Court Reporter O'Hara.) (Nicewicz, Craig) (Entered: 10/19/2006) |
| 10/20/2006 | ● | ElectronicClerk's Notes for proceedings held before Judge Nathaniel M. Gorton :Jury Trial DAY 5 as to Julio Carrion Santiago, Pedro Alberto Miranda, Jose Rodriguez, Carlos Sanchez, Juan Nunez held on 10/20/2006. Testimony of Chavez continues. Testimony of K. Frye. Testimony of R. Coletti. Testimony of M. O'Shaughnessy. Testimony of T. Prough. Testimony of J. Jakubowski. Testimony of J. Fay. Adjoured until Monday 10/23/06 at 9:00 a.m. (Court Reporter Joyce.) (Nicewicz, Craig) (Entered: 10/23/2006) |
| 10/23/2006 | ● | ElectronicClerk's Notes for proceedings held before Judge Nathaniel M. Gorton :Jury Trial DAY 6 as to Julio Carrion Santiago, Pedro Alberto Miranda, Jose Rodriguez, Carlos Sanchez, Juan Nunez held on 10/23/2006. Testimony of Greg Willoughby. Testimony of Gioidani. Testimony of Trudel. Testimony of Proulx. Testimony of Joly. Testimony of Napalatano. Testimony of Barton. Testimony of O'Hara. Testimony of Crouse. (Court Reporter Dahlstrom.) (Nicewicz, Craig) (Entered: 10/24/2006) |
| 10/24/2006 | ● | ElectronicClerk's Notes for proceedings held before Judge Nathaniel M. Gorton :Jury Trial DAY 7 as to Julio Carrion Santiago, Pedro Alberto Miranda, Jose Rodriguez, Carlos Sanchez, Juan Nunez held on 10/24/2006. Testimony of Crouse continues. Testimony of J. Loney. Testimony of N. Cordova. Testimony of F. Cuebas. Testimony of Jamie Cepero. Government rests. Jury excused. Charge conference to be held after afternoon hearings. Closings and charge to jury tomorrow morning. (Court Reporter Dahlstrom.) (Nicewicz, Craig) (Entered: 10/24/2006) |
| 10/24/2006 | ●323 | TRANSCRIPT of Jury Trial Day Four as to Julio Carrion Santiago, Pedro Alberto Miranda, Jose Rodriguez, Carlos Sanchez, Juan Nunez held on October 19, 2006 before Judge Gorton. Court Reporter: Valerie A. O'Hara. The original transcripts are maintained in the case file in the Clerk's Office. Copies may be obtained by contacting the court reporter 617/737-2346 or the Clerk's Office. (Scalfani, Deborah) (Entered: 10/24/2006) |
| 10/25/2006 | ●326 | EXCERPT TRANSCRIPT of Jury Trial Day Three (Testimony of Marc Chavez) as to Julio Carrion Santiago, Pedro Alberto Miranda, Jose Rodriguez, Carlos Sanchez, Juan Nunez held on October 18, 2006 before Judge Gorton. Court Reporter: Cheryl Dahlstrom. The original transcripts are maintained in the case file in the Clerk's Office. Copies may be |

| | | |
|---|---|---|
| | | obtained by contacting the court reporter at 617/951-4555 or the Clerk's Office. (Scalfani, Deborah) (Entered: 10/26/2006) |
| 10/26/2006 | 🔍 | ElectronicClerk's Notes for proceedings held before Judge Nathaniel M Gorton : Jury Charge: 9:25am to 10:20am. Deliberations: Begin at 10:2. am. Lunch Ordered for 12:00 pmJury Trial as to Julio Carrion Santiago, Pedro Alberto Miranda, Jose Rodriguez, Carlos Sanchez, Juan Nunez held on 10/26/2006 (Court Reporter Cheryl Dahlstom.) (Sonnenberg, Elizabeth) (Entered: 10/26/2006) |
| 10/27/2006 | 🔍 | ElectronicClerk's Notes for proceedings held before Judge Nathaniel M Gorton :Jury Trial DAY 10 as to Julio Carrion Santiago, Pedro Alberto Miranda, Jose Rodriguez, Carlos Sanchez, Juan Nunez held on 10/27/2006. Jury deliberations continued. Jury reaches verdict 10:18 a.r Court thanks jury. Defendants are remanded to the custody of the US Marshal. (Court Reporter Dahlstrom.) (Nicewicz, Craig) (Entered: 10/27/2006) |
| 10/27/2006 | 🔍 327 | EXHIBIT/WITNESS LIST (Sonnenberg, Elizabeth) (Entered: 10/27/2006) |
| 10/27/2006 | 🔍 328 | JURY PANEL/WITNESSES by USA as to Julio Carrion Santiago, Ped Alberto Miranda, Jose Rodriguez, Carlos Sanchez, Juan Nunez (Sonnenberg, Elizabeth) (Entered: 10/27/2006) |
| 10/27/2006 | 🔍 329 | JURY VERDICT as to Pedro Alberto Miranda (2) Guilty on Count 1 ar Juan Nunez (12) Guilty on Count 1 and Carlos Sanchez (7) Guilty on Count 1 and Julio Carrion Santiago (1) Guilty on Count 1s,7s and Jose Rodriguez (4) Guilty on Count 1s. (Attachments: # 1)(Sonnenberg, Elizabeth) (Entered: 10/27/2006) |
| 11/14/2006 | 🔍 | ELECTRONIC NOTICE OF HEARING as to Jose Rodriguez, Carlos Sanchez, Juan Nunez Sentencing set for 2/21/2007 02:30 PM in Courtroom 4 before Judge Nathaniel M. Gorton. (Nicewicz, Craig) (Entered: 11/14/2006) |
| 12/08/2006 | 🔍 335 | TRANSCRIPT of Proceedings as to Julio Carrion Santiago, Pedro Alberto Miranda, Jose Rodriguez, Carlos Sanchez, Juan Nunez held on 10/17/06 before Judge Gorton. Court Reporter: Cheryl Dahlstrom. The original transcripts are maintained in the case file in the Clerk's Office. Copies may be obtained by contacting the court reporter or the Clerk's Office. (Gawlik, Cathy) (Entered: 12/11/2006) |
| 12/08/2006 | 🔍 336 | TRANSCRIPT of Proceedings as to Julio Carrion Santiago, Pedro Alberto Miranda, Jose Rodriguez, Carlos Sanchez, Juan Nunez held on October 25, 2006 before Judge Gorton. Court Reporter: Cheryl Dahlstrom. The original transcripts are maintained in the case file in the Clerk's Office. Copies may be obtained by contacting the court reporter or the Clerk's Office. (Gawlik, Cathy) (Entered: 12/11/2006) |
| 01/09/2007 | 🔍 343 | NOTICE of Withdrawal of Appearance by Government Attorney Sharre A. Kearney as to Julio Carrion Santiago, Pedro Alberto Miranda, Reynaldo Rivera, Jose Rodriguez, Enrique Agosto, Jose Torrado, Carlo: |

| | | |
|---|---|---|
| | | Sanchez, Luis F. Sanchez, Edwin Torrez, Zuleima Reyes, Santiago Arroyo, Juan Nunez (Kearney, Sharron) (Entered: 01/09/2007) |
| 01/09/2007 | | Attorney update in case as to Julio Carrion Santiago, Pedro Alberto Miranda, Reynaldo Rivera, Jose Rodriguez, Enrique Agosto, Jose Torrado, Carlos Sanchez, Luis F. Sanchez, Edwin Torrez, Zuleima Reyes, Santiago Arroyo, Juan Nunez. Attorney Sharron A. Kearney terminated. (Sonnenberg, Elizabeth) (Entered: 01/11/2007) |
| 02/07/2007 | | Terminate Deadlines and Hearings as to Jose Rodriguez: sentencing (Nicewicz, Craig) (Entered: 02/07/2007) |
| 02/07/2007 | | ELECTRONIC NOTICE OF RESCHEDULING as to Jose Rodriguez Sentencing set for 3/19/2007 03:30 PM in Courtroom 4 before Judge Nathaniel M. Gorton. (Nicewicz, Craig) (Entered: 02/07/2007) |
| 03/01/2007 | 351 | MOTION for Hearing *and Exclusion of Time* as to Julio Carrion Santiago, Pedro Alberto Miranda, Reynaldo Rivera, Jose Rodriguez, Enrique Agosto, Jose Torrado, Carlos Sanchez, Luis F. Sanchez, Edwin Torrez, Zuleima Reyes, Santiago Arroyo, Juan Nunezby USA. (Bloomer, William) (Entered: 03/01/2007) |
| 03/07/2007 | 353 | MOTION for Forfeiture of Property as to Julio Carrion Santiago, Pedro Alberto Miranda, Reynaldo Rivera, Jose Rodriguez, Enrique Agosto, Jose Torrado, Carlos Sanchez, Luis F. Sanchez, Edwin Torrez, Zuleima Reyes, Santiago Arroyo, Juan Nunezby USA. (Bloomer, William) (Entered: 03/07/2007) |
| 03/14/2007 | | Judge Nathaniel M. Gorton : Electronic ORDER entered granting 351 Motion for Hearing and to exclude time. (Nicewicz, Craig) (Entered: 03/14/2007) |
| 03/15/2007 | 355 | MOTION to Continue to sentencing as to Jose Rodriguez. (Sheketoff, Robert) (Entered: 03/15/2007) |
| 03/16/2007 | | Judge Nathaniel M. Gorton : Electronic ORDER entered granting 355 Motion to Continue as to Jose Rodriguez (4) (Nicewicz, Craig) (Entered: 03/16/2007) |
| 03/16/2007 | | Terminate Deadlines and Hearings as to Jose Rodriguez: sentencing (Nicewicz, Craig) (Entered: 03/16/2007) |
| 03/16/2007 | | ELECTRONIC NOTICE OF RESCHEDULING as to Jose Rodriguez Sentencing set for 4/6/2007 12:00 PM in Courtroom 4 before Judge Nathaniel M. Gorton. (Nicewicz, Craig) (Entered: 03/16/2007) |
| 03/16/2007 | 357 | SENTENCING MEMORANDUM by USA as to Jose Rodriguez (Bloomer, William) (Entered: 03/16/2007) |
| 03/22/2007 | | Terminate Deadlines and Hearings as to Jose Rodriguez: (Nicewicz, Craig) (Entered: 03/22/2007) |
| 03/22/2007 | | ELECTRONIC NOTICE OF RESCHEDULING as to Jose Rodriguez Sentencing set for 5/17/2007 03:00 PM in Courtroom 4 before Judge |

| | | |
|---|---|---|
| | | Nathaniel M. Gorton. (Nicewicz, Craig) (Entered: 03/22/2007) |
| 05/05/2007 | 386 | MOTION for Leave to File *objections to PSR late* as to Jose Rodriguez. (Sheketoff, Robert) (Entered: 05/05/2007) |
| 05/15/2007 | | Judge Nathaniel M. Gorton : ElectronicORDER entered granting 386 Motion for Leave to File; Counsel using the Electronic Case Filing System should now file the document for which leave to file has been granted in accordance with the CM/ECF Administrative Procedures. Counsel must include - Leave to file granted on (date of order)- in the caption of the document as to Jose Rodriguez (4) (Nicewicz, Craig) (Entered: 05/15/2007) |
| 05/15/2007 | | Terminate Deadlines and Hearings as to Jose Rodriguez: sentencing (Nicewicz, Craig) (Entered: 05/15/2007) |
| 05/15/2007 | | ELECTRONIC NOTICE OF RESCHEDULING as to Jose Rodriguez Sentencing set for 5/23/2007 11:30 AM in Courtroom 4 before Judge Nathaniel M. Gorton. (Nicewicz, Craig) (Entered: 05/15/2007) |
| 05/21/2007 | | Terminate Deadlines and Hearings as to Jose Rodriguez: sentencing (Nicewicz, Craig) (Entered: 05/21/2007) |
| 05/21/2007 | | ELECTRONIC NOTICE OF RESCHEDULING as to Jose Rodriguez Sentencing set for 5/31/2007 03:00 PM in Courtroom 4 before Judge Nathaniel M. Gorton. (Nicewicz, Craig) (Entered: 05/21/2007) |
| 05/31/2007 | | Electronic Clerk's Notes for proceedings held before Judge Nathaniel M Gorton :Sentencing held on 5/31/2007 for Jose Rodriguez (4). Count(s) 1s, TOL 37, CHC VI; 360- LIFE. Court rules on objections to PSR's and hears sentencing recommendations. On Count 1s; 264 months BOP, 500 hour drug program. Supervised Release; 8 years. Submit to DNA sample 50 tests per year.. (Court Reporter Dahlstrom.)(Nicewicz, Craig) (Entered: 06/04/2007) |
| 06/05/2007 | 395 | MOTION for Leave to Proceed In Forma Pauperis as to Jose Rodriguez. (Sheketoff, Robert) (Entered: 06/05/2007) |
| 06/05/2007 | 396 | NOTICE OF APPEAL by Jose Rodriguez NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals. Appeal Record due by 6/25/2007 (Sheketoff, Robert) (Entered: 06/05/2007) |
| 06/28/2007 | 401 | NOTICE OF APPEAL by USA as to Jose Rodriguez NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals. Appeal Record due by 7/18/2007 (Bloomer, William) (Entered: 06/28/2007) |