UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

USDC Docket Number : 04-cr-10336

United States of America

v.

Jose O. Rodriguez

## CLERK'S CERTIFICATE

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents numbered:

1-3, 7, 20, 33, 36, 41, 49, 50, 65, 81, 94, 97, 103-106, 114, 118, 126, 127, 131, 133, 152, 183, 203-205, 214-216, 119, 220, 222-226, 229, 249, 252, 269-273, 281-287, 293, 300, 301, 306, 307, 317, 319, 327-329, 343, 351, 353, 355, 357, 386, 395, 396, 401

and contained in i Volume(s) are the original or electronically filed pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on 6/28/2007.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on June 29, 2007.

Sarah A. Thornton, Clerk of Court

Receipt of the documents in the above entitled case is hereby acknowledged this date: 7/2/7

Linda Dacy
Deputy Clerk, US Court of Appeals

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

- 3/06