UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

USDC Docket Number : 04-cr-10336

United States of America

v.

Jose O. Rodriguez

## CLERK'S CERTIFICATE

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents numbered:

1-3, 7, 20, 33, 36, 41, 49, 50, 65, 81, 94, 97, 103-106, 114, 118, 126, 127, 131, 133, 152, 183, 203-205, 214-216, 119, 220, 222-226, 229, 249, 252, 269-273, 281-287, 293, 300, 301, 306, 307, 317, 319, 327-329, 343, 351, 353, 355, 357, 386, 395, 396, 401

and contained in i Volume(s) are the original or electronically filed pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on 6/5/2007.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on June 29, 2007.

Sarah A. Thornton, Clerk of Court

By: [signature]

Receipt of the documents in the above entitled case is hereby acknowledged this date: _____.

[signature]
Deputy Clerk, US Court of Appeals

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: 07-2017

- 3/06