UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

USDC Docket Number : 07-cr-10037

United States of America

v.

Richard W. Settipane, II

### CLERK'S CERTIFICATE

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents numbered:

1-13, 15, 18, 27, 28

and contained in Notice of Appeal #28 Volume(s) I are the original or electronically filed pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on 6/18/2007.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on July 19, 2007.

Sarah A. Thornton, Clerk of Court

By: _____
Deputy Clerk

Receipt of the documents in the above entitled
case is hereby acknowledged this date 07/27/07.

_____
Deputy Clerk, US Court of Appeals

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: 07 - 2106

- 3/06



# United States Court of Appeals
## For the First Circuit

No. 07-2018

UNITED STATES,

Appellant,

v.

JOSE O. RODRIGUEZ,

Defendant, Appellee.

---

**JUDGMENT**
Entered: July 27, 2007
Pursuant to 1st Cir. R. 27.0(d)

Upon consideration of the Government's assented-to motion, it is hereby ordered that this appeal be voluntarily dismissed pursuant to Fed. R. App. P. 42(b) with each party to bear its own costs.

Mandate to issue forthwith.

Certified and Issued as Mandate
under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

*[signature]*
Deputy Clerk

Date: 7/27/07

By the Court:
Richard Cushing Donovan, Clerk

By: ERIC H. DEININGER
Appeals Attorney

[cc: William F. Bloomer, AUSA, Dina M. Chaitowitz, AUSA, Robert L. Sheketoff, Esq.]