UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF __MASSACHUSSETS__

BOSTON DIVISION


UNITED STATES,
Plaintiffs,

v.                                        Case No. __1:04.CR10336-004-NMC__

Jose Rodriguez
Defendant.


## DEFENDANT'S MOTION FOR TRIAL SENTENCING TRANSCRIPTS


Comes now the Defendant, __Jose Rodriguez__ pro-se, in the above entitled-matters, and respectfully moves this Honorable Court to provide and furnish him with his sentencing transcripts. The defendant states that he is in need of his sentencing transcripts for his post-conviction motions/appeals. Further, that he is indigent and unable to pay for the sentencing transcripts. See application to proceed informa pauperis with copy of prison account sheet attached hereto.


_Jose O Rod___, pro-se

Reg. No. __25393-038__


Dated: __10-20-16__

Motion allowed. _SRMGorton_, USDJ 12/9/16

DOCKETED

